# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ANA LIZ and WALY FERREIRA, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS, LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  5 TELLERS ASSOCIATES, L.P.
4400 2ND AVENUE
BROOKLYN, NEW YORK 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ANA LIZ and WALY FERREIRA, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br> 5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities, <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC.
4400 SECOND AVENUE
BROOKLYN, NEW YORK, 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

<table>
<tr><td>
ANA LIZ and WALY FERREIRA,<br>
individually, and on behalf of all others similarly situated,<br>
<br>
_____<br>
*Plaintiff(s)*<br>
v.<br>
5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities,<br>
_____<br>
*Defendant(s)*
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>
Civil Action No.
</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   JOHN VOLANDES
1275 WILLOW DRIVE
EAST MARION, NEW YORK 11939

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ANA LIZ and WALY FERREIRA,<br>individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br>5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS, LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    PARKVIEW APARTMENTS, LLC
4400 2ND AVENUE
BROOKLYN, NEW YORK, 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ANA LIZ and WALY FERREIRA, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS, LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PETER VOLANDES
210 E. 72ND STREET
NEW YORK, NEW YORK 10021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ANA LIZ and WALY FERREIRA, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br> 5 TELLERS ASSOCIATES, L.P., 5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC., PARKVIEW APARTMENTS, LLC, PROPERTY MANAGEMENT GROUP, INC., JOHN VOLANDES, PETER VOLANDES, and all related entities, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    PROPERTY MANAGEMENT GROUP, INC.
3154 ALBANY CRESCENT
BRONX, NEW YORK, 10463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MARC A. RAPAPORT
RAPAPORT LAW FIRM, PLLC
ONE PENN PLAZA
250 WEST 34TH STREET, SUITE 2430
NEW YORK, NEW YORK 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*