

CMO
COFFEY
MODICA
O'MEARA

OFFICES   NEW YORK   NEW JERSEY   CONNECTICUT

October 6, 2021

**By Email Only**
(meredith@millerlaw.nyc)
Meredith Reade Miller, Esq.
Miller Law PLLC
167 Madison Ave, Suite 503
New York NY 10016 M

(mrapaport@rapaportlaw.com)
Marc A. Rapaport, Esq.
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, NY 10011

(jmalley@sbjlaw.com)
Jack Malley, Esq.
Smith Buss & Jacobs, LLP
733 Yonkers Avenue, Suite 200
Yonkers, NY 10704

   Re: Liz v. 5 Tellers, et al.
      Case No.: 20-CV-00212

Counselors:

  In accord with the briefing schedule and Judge Brodie's Individual Part Rules 3(D), which requests that the parties refrain from filing motion papers until the motion has been fully briefed, we attach the motion by Defendant Property Management Group, Inc. and proposed additional crossclaim defendants Victor Owen and Pan Xin

               Respectfully Submitted,

               Sherri A. Jayson

cc: (By ECF Only)
   Hon. Margo K. Brodie

**COFFEY MODICA O'MEARA**

200 E. Post Rd. Suite 210 White Plains, NY 10601 212-827-4501 sjayson@cmollp.com