# **Filing Fee**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 2880559
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ANYEDC-12243458
Approval Code: 072141
Card Number: ************2234
Date/Time: 01/10/2020 06:21:41 ET

NOTE: This is an automated message. Please do not reply

# Service of Process

## Gotham Process Inc
*299 Broadway   Suite 1401*
*New York, NY  10007*
*(212) 962-2614*
*Fax: (212) 619-0826*

*MARC A RAPAPORT, ESQ.*
*RAPAPORT LAW FIRM, PLLC*
*ONE PENN PLAZA, SUITE 2430*
*NEW YORK,  NY  10119*

**Account #:** ███

| *Total Due:* | $1,071.00 |
|---|---|

**Please remit your payment before February 25, 2020**

*Please Make Checks Payable to GOTHAM*

| Description | | Charge | Open Amt. |
|---|---|---|---|
| **_Past Due Items:_** | | | |
| 12/31/2019  Invoice | Services for December, 2019 | $575.00 | $575.00 |
| **_Current Charges:_** | | | |
| **Work Ticket #:   1148722**   *Index#:* 20 CV 212 MKB-RE | Service Charge | $50.00 | |
| **Plaintiff:**   ANA LIZ ET AL | | $50.00 | |
| **Defendant:**  5 TELLERS ASSOCIATES, L.P. ET AL | | | |
| **Recipient:**   PROPERTY MANAGEMENT GROUP, INC. | | | |
| **Date of Service:** 1/24/2020     SUMMONS & COMPLAINT | | | |
| **Work Ticket #:   1148723**   *Index#:* 20 CV 212 MKB-RE | Service Charge | $50.00 | |
| **Plaintiff:**   ANA LIZ ET AL | | $50.00 | |
| **Defendant:**  5 TELLERS ASSOCIATES, L.P. ET AL | | | |
| **Recipient:**   5 TELLERS HOUSING DEVELOPMENT FUND COMPANY, INC. | | | |
| **Date of Service:** 1/24/2020     SUMMONS & COMPLAINT | | | |
| **Work Ticket #:   1148724**   *Index#:* 20 CV 212 MKB-RE | Service Charge | $50.00 | |
| **Plaintiff:**   ANA LIZ ET AL | | $50.00 | |
| **Defendant:**  5 TELLERS ASSOCIATES, L.P. ET AL | | | |
| **Recipient:**   5 TELLERS ASSOCIATES, L.P. | | | |
| **Date of Service:** 1/24/2020     SUMMONS & COMPLAINT | | | |

█████ - MARC A RAPAPORT, ESQ.

**Work Ticket #: - 1148725**        *Index#:* 20 CV 212 MKB-RE
**Plaintiff:**   ANA LIZ ET AL                                Service Charge            $50.00
**Defendant:** 5 TELLERS ASSOCIATES, L.P. ET AL                                          $50.00
**Recipient:**  PARKVIEW APARTMENTS, LLC
**Date of Service:** 1/24/2020    SUMMONS & COMPLAINT

---

**Work Ticket #:    1148726**        *Index#:* 20 CV 212 MKB-RE
**Plaintiff:**   ANA LIZ ET AL                                Service Charge            $50.00
**Defendant:** 5 TELLERS ASSOCIATES, L.P. ET AL                                          $50.00
**Recipient:**  JOHN VOLANDES
**Date of Service:** 1/23/2020    SUMMONS & COMPLAINT

---

**Work Ticket #:    1148727**        *Index#:* 20 CV 212 MKB-RE
**Plaintiff:**   ANA LIZ ET AL                                Service Charge            $50.00
**Defendant:** 5 TELLERS ASSOCIATES, L.P. ET AL              Mailing Fees               $7.00
**Recipient:**  PETER VOLANDES                                                          $57.00
**Date of Service:** 1/23/2020    SUMMONS & COMPLAINT

---

**Work Ticket #:    1148728**        *Index#:* 20 CV 212 MKB-RE
**Plaintiff:**   ANA LIZ ET AL                                Service Charge            $50.00
**Defendant:** 5 TELLERS ASSOCIATES, L.P. ET AL              Mailing Fees               $7.00
**Recipient:**  PETER VOLANDES                                                          $57.00
**Date of Service:** 1/24/2020    SUMMONS & COMPLAINT

---

**Work Ticket #:** ██████        *Index#:* ████████
**Plaintiff:**  ████████████████████████████                Nassau County Service
**Defendant:** ████████████████████████████                Mailing Fees
**Recipient:** ████████████████████████████
**Date of Service:** ████████████████

---

**Work Ticket #:** ██████        *Index#:* ████
**Plaintiff:**  ████████████████████████████                Service Charge
**Defendant:** ████████████████████████████
**Recipient:** ████████████████████████████
**Date of Service:** ████████████████

# Court Reporter/Deposition Transcript

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Marc Rapaport Esq | | |
|---|---|---|---|
| | Rapaport Law Firm PLLC | **Invoice #:** | **5561369** |
| | 1 Penn Plaza | **Invoice Date:** | **2/7/2022** |
| | Ste 2430 | **Balance Due:** | **$1,616.30** |
| | New York, NY, 10001 | | |

| **Case: Liz, Ana v. 5 Towers Association Et Al (1:20CV00212MKBRER)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5074720 | Job Date: 2/4/2022 | Delivery: Daily

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Marc Rapaport Esq |
| Scheduling Atty: | Jacqueline L. Aiello Esq | Boyd Richards Parker & Colonnelli |

| **Witness: Jose Nicolas Blanco** | **Amount** |
|---|---|
| Transcript Services | $1,588.30 |
| Delivery and Handling | $28.00 |

| Notes: One-Day Expedite | **Invoice Total:** | **$1,616.30** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,616.30** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5561369** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **2/7/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,616.30** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| | | Invoice #: | **5596583** |
|---|---|---|---|
| Bill To: | Marc Rapaport Esq | Invoice Date: | **2/23/2022** |
| | Rapaport Law Firm PLLC | Balance Due: | **$600.58** |
| | 1 Penn Plaza | | |
| | Ste 2430 | | |
| | New York, NY, 10001 | | |

| **Case: Liz, Ana v. 5 Towers Association Et Al (1:20CV00212MKBRER)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5077892  |  Job Date: 2/7/2022  |  Delivery: Normal

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Marc Rapaport Esq |
| Scheduling Atty: | Jacqueline L. Aiello Esq | Boyd Richards Parker & Colonnelli |

| **Witness: Jose Nicolas Blanco** | **Amount** |
|---|---|
| Transcript Services | $537.10 |
| Delivery and Handling | $28.00 |

| Notes: | | **Invoice Total:** | **$565.10** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$35.48** |
| | | **Balance Due:** | **$600.58** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 136 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | **5596583** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | **2/23/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | **$600.58** |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

86733

B420220709

# **Interpreter Services**

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:866-624-6221   Fax:215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 607381 | 7/17/2020 | 604640 |

| Job Date | Case No. |
|---|---|
| 7/16/2020 | |

| Case Name |
|---|
| Ana Liz et al. v. 5 Tellers Associates, L.P. et al. | 20-cv-212 |

| Payment Terms |
|---|
| Due upon receipt |

Marc A. Rapaport
Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, NY 10119

| | | | | |
|---|---|---|---|---|
| Mediation / 5 Spanish-speaking clients | | | | |
| Interpreting Charges (Spanish) | 8.00 Hours | @ | 160.00 | 1,280.00 |
| **TOTAL DUE  >>>** | | | | **$1,280.00** |

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$1,280.00** |

**Tax ID:** 20-8474245

Phone: (212) 382-1600   Fax:

*Please detach bottom portion and return with payment.*

Marc A. Rapaport
Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, NY 10119

| | | |
|---|---|---|
| Invoice No. | : | 607381 |
| Invoice Date | : | 7/17/2020 |
| **Total Due** | : | **$1,280.00** |

| | | | |
|---|---|---|---|
| Remit To: | **Magna Legal Services LLC** | | |
| | **P.O. Box 822804** | | |
| | **Philadelphia, PA  19182-2804** | | |

| | | |
|---|---|---|
| Job No. | : | 604640 |
| BU ID | : | PHILA |
| Case No. | : | |
| Case Name | : | Ana Liz et al. v. 5 Tellers Associates, L.P. et al. | 20-cv-212 |

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 864083 | 6/7/2022 | 820726 |
| **Job Date** | **Case No.** | |
| 5/31/2022 | | |
| **Case Name** | | |
| Ana Liz et al. v. 5 Tellers Associates, L.P. et al. \| 20-cv-212 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Marc A. Rapaport
Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, NY 10119

| | | | | | |
|---|---|---|---|---|---|
| Mediation (continued) (interpreter) | | | | | |
| Interpreting Charges (Spanish) | 10.00 | Hours | @ | 170.000 | 1,700.00 |
| Interpreter Travel - Mileage | 44.80 | Miles | @ | 0.590 | 26.43 |
| Interpreter Travel - Parking | 1.00 | | @ | 42.000 | 42.00 |
| Parking/Toll | 1.00 | | @ | 13.750 | 13.75 |

(TAXABLE  $68.43)

**TOTAL DUE  >>>**                    **$1,782.18**

Location of Job    : JAMS
620 8th Avenue
NY Times Building
34th Floor
New York, NY 10018

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Marc A. Rapaport
Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, NY 10119

Job No.      : 820726          BU ID        : PHILA
Case No.     :
Case Name   : Ana Liz et al. v. 5 Tellers Associates, L.P. et al. \|
              20-cv-212
Invoice No.  : 864083          Invoice Date  : 6/7/2022
**Total Due**    : **$1,782.18**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# **<u>Translation Services</u>**



# Thank You For Your Order

## Order #86125                      November 5, 2020

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---------|----------|-------|-------|----------|
| Certified Translation Per Word | 1859 | 0.090 | Normal | $167.31 |

| | |
|---|---|
| **Subtotal:** | $167.31 |
| **Shipping:** | $0.00 |
| **Notarization:** | $0.00 |
| **Total:** | $167.31 |

**Shipping Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119

**Shipping Method**

Electronic Delivery only

**Billing Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119
Phone: (212) 382-1600
Email: mrapaport@rapaportlaw.com

**Payment Method**

Credit or Debit Card

Ending in 2234

**Checkout Questions**

I have read, understood and approved the [Terms & Conditions](#).

**Documents Uploaded**

[0511100912Ferreira-Decl-11.4.20.docx](#)

[0511100909Mario-Villanueva-Decl.-11.4.2020.docx](#)

**Translate from English to Spanish**



# Thank You For Your Order

## Order #86238                          November 6, 2020

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| Certified Translation Per Word | 611 | 0.100 | Normal | $61.10 |

| | |
|---|---|
| **Subtotal:** | $61.10 |
| **Shipping:** | $0.00 |
| **Notarization:** | $0.00 |
| **Total:** | $61.10 |

**Shipping Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119

**Shipping Method**

Electronic Delivery only

**Billing Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Payment Method**

Credit or Debit Card

Ending in 2234

**Checkout Questions**

I have read, understood and approved the <u>Terms & Conditions</u>.

**Documents Uploaded**

<u>0611065850Bonilla-Decl-11.6.20-MR-Draft.docx</u>

**Translate from English to Spanish**



# Thank You For Your Order

## Order #86611                                    November 9, 2020

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---------|----------|-------|-------|----------|
| Certified Translation Per Word | 473 | 0.200 | Urgent | $94.60 |

| | |
|---|---|
| **Subtotal:** | $94.60 |
| **Shipping:** | $0.00 |
| **Notarization:** | $0.00 |
| **Total:** | $94.60 |

### Shipping Address

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119

### Shipping Method

Electronic Delivery only

### Billing Address

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

### Payment Method

Credit or Debit Card

Ending in 1332

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

0911025021Liz,-Francisco-Decl.-English-Final.docx

**Translate from English to Spanish**



# Thank You For Your Order

## Order #95391                                    January 12, 2021

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---------|----------|-------|-------|----------|
| Certified Translation | 1 | 30.000 | Normal | $30.00 |

| | |
|---|---|
| **Subtotal:** | $30.00 |
| **Shipping:** | $0.00 |
| **Notarization:** | $0.00 |
| **Total:** | $30.00 |

**Shipping Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119

**Shipping Method**

Electronic Delivery only

**Billing Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Payment Method**

Credit or Debit Card

Ending in 2234

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

1201031059AUDIO-2021-01-11-15-51-58.m4a

**Translate from Spanish to English**

# Order #95898

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| **Certified Translation Per Word** | **1064** | **0.090** | **Normal** | **$95.76** |

|  |  |
|---|---|
| Subtotal: | **$95.76** |
| Shipping: | **$0.00** |
| Notarization: | **$0.00** |
| Total: | **$95.76** |

**Shipping Address**          **Billing Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York City, NY 10119

Marc Rapaport
One Penn Plaza
Suite 2430
New York City, NY 10119
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Shipping Method**

Electronic Delivery only

**Payment Method**

Ending in 2234     Credit or Debit Card

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

1401061209Blanco-Declaration-MR-Draft-1.13.21.docx

**Instructions**

Translate from English to Spanish

**info@thespanishgroup.org**

**www.thespanishgroup.org**

☐     ☐     ☐     ☐

**Frequently Asked Questions**

# Order #112340

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| **Certified Translation Per Word** | **1724** | **0.09** | **Normal** | **$155.16** |

| | |
|---|---|
| **Subtotal:** | **$155.16** |
| **Shipping:** | **$0.00** |
| **Notarization:** | **$0.00** |
| **Total:** | **$155.16** |

**Shipping Address**        **Billing Address**

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119

Marc Rapaport
One Penn Plaza
Suite 2430
New York, NY 10119
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Shipping Method**

Electronic Delivery only

**Payment Method**

Ending in 2234     Credit or Debit Card

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

2004034028PMG-Notice-for-Translation.docx

**Instructions**

Translation: English - Spanish

**Additional Delivery Emails**

kgulfo@rapaportlaw.com

**info@thespanishgroup.org**

**www.thespanishgroup.org**

## Order #163097

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| **Certified Translation Per Word** | **1456** | **0.09** | **Normal** | **$131.04** |

| | | |
|---|---|---|
| **Subtotal:** | | **$131.04** |
| **Shipping:** | | **$0.00** |
| **Notarization:** | | **$0.00** |
| **Total:** | | **131.04** |

**Shipping Address**          **Billing Address**

Marc Rapaport
80 Eighth Avenue
Suite 206
New York, NY 10011

Marc Rapaport
80 Eighth Avenue
Suite 206
New York, NY 10011
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Shipping Method**

Electronic Delivery only

**Payment Method**



Ending in 2234     Credit or Debit Card

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

2012063400MRM-KG-edits-Blanco-Declaration-MR-Draft-12.16.21.docx

**Instructions**

Translation: English - Spanish

**info@thespanishgroup.org**

**www.thespanishgroup.org**

**Frequently Asked Questions**

# Order #168691

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| **Certified Translation Per Word** | **4340** | **0.085** | **Normal** | **$368.90** |

| | | | |
|---|---|---|---|
| | Subtotal: | | **$368.90** |
| | Shipping: | | **$0.00** |
| | Notarization: | | **$0.00** |
| | Total: | | **368.90** |

**Shipping Address**      **Billing Address**

Marc Rapaport
80 Eighth Avenue
Suite 206
New York, NY 10011

Marc Rapaport
80 Eighth Avenue
Suite 206
New York, NY 10011
Phone: 2123821600
Email: mrapaport@rapaportlaw.com

**Shipping Method**

Electronic Delivery only

**Payment Method**

   Ending in 2234     Credit or Debit Card

**Checkout Questions**

I have read, understood and approved the Terms & Conditions.

**Documents Uploaded**

1801094119Fancisco-Liz-Rog-Responses-FINAL-FOR-TRANSLATION-1.18.22.docx

**Instructions**

Translation: English - Spanish

**Additional Delivery Emails**

kgulfo@rapaportlaw.com

**info@thespanishgroup.org**

**www.thespanishgroup.org**

# Order #171681

**Please Review Your Order**

Please note if your order contains handwritten text, preferred spelling, or special instructions then this step is very important. Review or Edit Order

Your order has been received and is now being processed. Order details are shown below for your reference:

| Product | Quantity | Price | Speed | Subtotal |
|---|---|---|---|---|
| **Translation and Transcription** | **1** | **30.00** | **Normal** | **$30.00** |

|  |  |
|---|---|
| **Subtotal:** | **$30.00** |
| **Shipping:** | **$0.00** |
| **Notarization:** | **$0.00** |
| **Total:** | **30.00** |

| **Shipping Address** | **Billing Address** |
|---|---|
| Marc Rapaport | Marc Rapaport |
| 80 Eighth Avenue | 80 Eighth Avenue |
| Suite 206 | Suite 206 |
| New York, NY 10011 | New York, NY 10011 |
| | Phone: 8455488186 |
| | Email: mrapaport@rapaportlaw.com |

**Shipping Method**

Electronic Delivery only

**Payment Method**

  Ending in 2234     Credit or Debit Card

**Checkout Questions**

I have read, understood and approved the [Terms & Conditions](Terms & Conditions).

**Documents Uploaded**

[3101094930AUDIO-2021-01-24-11-12-10.m4a](3101094930AUDIO-2021-01-24-11-12-10.m4a)

**Translation**