# Mediation Fees

# DEPOSIT REQUEST



**Invoice Date**
5/13/2022

**Invoice Number**
6176836

Bill To: **Mr. Marc Rapaport Esq.**
**Rapaport Law Firm, PLLC**
**250 West 34th Street**
**Suite 2430**
**New York, NY 10119**
**US**

| | |
|---|---|
| **Reference #:** | **1425037626 - Rep# 2** |
| Billing Specialist: | Yundt, Elizabeth |
| Email: | eyundt@jamsadr.com |
| Telephone: | |
| Employer ID: | 68-0542699 |

RE: **Liz, Ana, et al., vs. 5 Tellers Associates, L.P., et al.,**

Representing: **Francisco Liz ; Waly Ferreira ; Ana Liz ; Mario Villanueva ; Jose Nicolas Blanco ; Jose Hernandez ; Ramon Ferreira ; Jonny Bonilla ; Carol Jaramillo ; Carol Jaramillo,**

Neutral(s): **Hon. Steven Gold, (Ret.)**
Hearing Type: **MEDIATION**                GC

| Date / Time | Description | Your Share |
|---|---|---|
| 5/13/22 | **Steven M Gold**<br>Deposit for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | $ 1,345.00 |

| | |
|---|---|
| **Total Billed:** | $ 1,345.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 1,345.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# Fees for Translation of Settlement Agreement

# Transaction Receipt from THE SPANISH GROUP LLC for $511.70 (USD)

| | | |
|---|---|---|
| From: **Auto-Receipt** | noreply@mail.authorize.net | | Thursday, Dec 8 at 6:52 PM |
| To: **Meredith R. Miller** | meredith@millerlaw.nyc | | |

## Order Information

| | |
|---|---|
| Description: | Goods or Services |
| Invoice Number | 252302 |
| Customer ID | 639278b987936 |

**Billing Information**
Meredith R Miller
60 Gramercy Park North 7F
New York, NY 10010
US
meredith@millerlaw.nyc

**Shipping Information**

| | | |
|---|---|---|
| | Tax: | $0.00 (USD) |
| | **Total:** | **$511.70 (USD)** |

## Payment Information

| | |
|---|---|
| Date/Time: | 8-Dec-2022 15:52:25 PST |
| Transaction ID: | 64095144402 |
| Payment Method: | American Express xxxx2009 |
| Transaction Type: | Purchase |
| Auth Code: | 229877 |

## Merchant Contact Information

THE SPANISH GROUP LLC
IRVINE, CA 92614
US
billing@thespanishgroup.org

# Transaction Receipt from THE SPANISH GROUP LLC for $19.99 (USD)

From: **Auto-Receipt** | noreply@mail.authorize.net | Thursday, Dec 8 at 7:03 PM

To: **Meredith R. Miller** | meredith@millerlaw.nyc

### Order Information

| | |
|---|---|
| Description: | Goods or Services |
| Customer ID | 639278b987936 |

### Billing Information
Meredith R Miller
60 Gramercy Park North 7F
New York, NY 10010
US
meredith@millerlaw.nyc

### Shipping Information

**Total: $19.99 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 8-Dec-2022 16:03:33 PST |
| Transaction ID: | 43810218622 |
| Payment Method: | American Express xxxx2009 |
| Transaction Type: | Purchase |
| Auth Code: | 187282 |

### Merchant Contact Information
THE SPANISH GROUP LLC
IRVINE, CA 92614
US
billing@thespanishgroup.org