**Rapaport Law Firm, PLLC**
**80 Eighth Avenue, Suite 206**
**New York, NY 10011**
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF
SERVICES**

December 23, 2022

Matter Name:   PMG FLSA 2019

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Marc A. Rapaport | | | |
| 11/7/2019 | MR | Meeting with Mr. and Mrs. Liz; Mr. Bonilla; Mr. Ferreira and Daniel Rodriguez | 1.50 450.00/hr | 675.00 |
| 11/16/2019 | MR | Further meeting with clients in office;  MC as interpreter | 1.50 450.00/hr | 675.00 |
| 12/17/2019 | MR | Draft complaint | 2.00 450.00/hr | 900.00 |
| 12/22/2019 | MR | Contin drafting complaint, and fact investigation relating to same; review public records relating to defendants and the subject buildings | 2.00 450.00/hr | 900.00 |
| 12/23/2019 | MR | Further drafting of complaint; email to MM and K. Gulfo; further analysis of prio proceedings in state court relating to buildings and consideration of appropriate defendants | 1.50 450.00/hr | 675.00 |
| 1/8/2020 | MR | Extensive edits to complaint | 2.50 450.00/hr | 1,125.00 |
| 1/10/2020 | MR | Revisions/edits to complaint; review cover sheet and summonses | 1.50 450.00/hr | 675.00 |
| | MR | Telephone call with Francisco Liz | 0.30 450.00/hr | 135.00 |
| 1/11/2020 | MR | Meeting with Mr. and Ms. Liz, Mr. Ferreira, and Mr. Bonilla;  MC as interpreter; review new documents | 1.00 450.00/hr | 450.00 |
| 1/18/2020 | MR | Meeting with new  opt-in, Mario Villanueva and MC as interpreter; draft retainer and consent form; file consent form | 2.00 450.00/hr | 900.00 |
| 1/24/2020 | MR | Comm's with Mr. and Ms. Liz; receive and review documents | 0.20 450.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2020 | MR | Telephone call with PMG's attorney regarding PMG's request to discontinue case as against PMG because they allegedly are not a joint employer | 0.30 450.00/hr | 135.00 |
| 4/7/2020 | MR | Review documents from Michael Doyle, Esq. and comm's re his request that PMG be dismissed from case | 0.50 450.00/hr | 225.00 |
| 4/8/2020 | MR | Email to all counsel of record | 0.20 450.00/hr | 90.00 |
| 5/13/2020 | MR | Court-ordered conference call with all counsel of record re: mediator selection | 1.00 450.00/hr | 450.00 |
| 5/15/2020 | MR | T/C with Mr. and Mrs. Liz | 0.50 450.00/hr | 225.00 |
| 5/18/2020 | MR | Attention to damages calculations; comm's with KG re ███; telephone call with MM | 1.50 450.00/hr | 675.00 |
| 7/2/2020 | MR | Emails with defendants' counsel re confidentiality of pre-mediation disclosures; confirm that Plaintiffs agree to same | 0.20 450.00/hr | 90.00 |
| 7/5/2020 | MR | Consider mediation strategy and comm's with M Miller re ███ | 0.50 450.00/hr | 225.00 |
| 7/8/2020 | MR | Conference call with three clients, MC, M Miller and KG; preparation for same | 1.00 450.00/hr | 450.00 |
| 7/16/2020 | MR | Zoom mediation | 7.00 450.00/hr | 3,150.00 |
| 8/25/2020 | MR | Review proposed Case Discovery/Managing Plan for submission to Court; Edits to same to reflect anticipated conditional certification motion; telephone calls and emails with MM re same; | 1.00 450.00/hr | 450.00 |
| | MR | Telephone call with J. Bonilla re: ███████████ ████████ with K Gulfo as interpreter | 0.20 450.00/hr | 90.00 |
| 9/2/2020 | MR | Review and analyze documents provided by Mr. Malley; draft email to Mr. Malley re same | 1.00 450.00/hr | 450.00 |
| 9/8/2020 | MR | Review documents provided by attorney Malley re: opt-in plaintiff Jony Bonilla. Comm's with KG re same | 0.50 450.00/hr | 225.00 |
| | MR | Telephone call with Ana Liz re: ███████████ ████████ (KG as interpreter) | 0.30 450.00/hr | 135.00 |
| 9/28/2020 | MR | Further attention to drafting first notice to produce to PMG | 2.00 450.00/hr | 900.00 |
| 9/29/2020 | MR | Revisions to first request for document production directed to defendant PMG | 0.60 450.00/hr | 270.00 |
| | MR | Telephone call with Meredith Miller, Esq. regarding: ███████ ████████ | 0.13 450.00/hr | 60.00 |
| 9/30/2020 | MR | Attention to discovery demands (written discovery to 5 Tellers) | 1.50 450.00/hr | 675.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2020 | MR | Attention to: fact investigations regarding PMG for anticipated motion to prelim approval as collective; meeting in office with paralegal J Orellana re same | 1.50 450.00/hr | 675.00 |
| 10/15/2020 | MR | Extensive revisions to and additions to interrogatories to PMG | 1.00 450.00/hr | 450.00 |
| 10/16/2020 | MR | Attention to motion for preliminary certification as collective; conference call with Mr. and Mrs. Liz, with KG as interpreter; draft Liz declaration; review background work records; emails with MM | 2.50 450.00/hr | 1,125.00 |
| | MR | Prepare initial draft Francisco Liz Declaration | 1.00 450.00/hr | 450.00 |
| 10/27/2020 | MR | Draft objections to Defendant 5 Tellers' First Requests for Production and legal research relating to same | 2.00 450.00/hr | 900.00 |
| 10/30/2020 | MR | Draft letter to Magistrate Judge Reyes re re request to extend deadlines in briefing schedule | 0.20 450.00/hr | 90.00 |
| | MR | Four telephone calls with Mr. Ferreira and Mr. Villanueva re: ███████  ███████  K Gulfo as interpreter | 0.50 450.00/hr | 225.00 |
| 11/3/2020 | MR | Attention to Motion for Conditional Cert: prepare initial draft of  Bonilla Declaration in support of motion for condit. cert.; legal research; draft portions of memo of law. Review background facts | 5.00 450.00/hr | 2,250.00 |
| 11/4/2020 | MR | Draft Ferreira Declaration in support of motion for conditional certification | 1.50 450.00/hr | 675.00 |
| 11/6/2020 | MR | Draft Rapaport Declaration in Support of Motion for Condit Cert | 1.50 450.00/hr | 675.00 |
| 11/24/2020 | MR | Draft responses and objections  to defendants (5 Tellers) First Production Requests | 2.00 450.00/hr | 900.00 |
| 11/25/2020 | MR | Review and edit KG's revisions to Plaintiffs' responses to 5 Tellers' First Requests for Production of Documents; further edits to same; review additional production. | 1.50 450.00/hr | 675.00 |
| 12/16/2020 | MR | Communication with client Mario Villanueva, J.Orellana as interpreter. | 0.10 450.00/hr | 45.00 |
| 12/31/2020 | MR | Telephone call with witness ███████ KG as interpreter; email to M Miller | 0.20 450.00/hr | 90.00 |
| 1/7/2021 | MR | Telephone call with witness ███ K. Gulfo as interpreter; review of Defts' Opp to certf. motion | 1.00 450.00/hr | 450.00 |
| 1/14/2021 | MR | Attention to: Reply Memo of Law - drafting and research | 3.00 450.00/hr | 1,350.00 |
| 1/19/2021 | MR | Meeting with Jose Blanco in office | 2.00 450.00/hr | 900.00 |
| 1/28/2021 | MR | Receive and review letter from PMG's attorney regarding our concerns regarding defendants' comm's with new opt-in | 0.20 450.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2021 | MR | Telephone call with Ramon Ferreira, ███████████████ JO as interpreter. Discussions with MM and MC re same; review HPD and ACRIS re 2734 Edgcombe | 0.60 450.00/hr | 270.00 |
| | MR | Review letter from attorney for PMG relating to Mr. Blanco; consider strategy re ███ | 0.42 450.00/hr | 187.50 |
| 1/30/2021 | MR | Meeting in office with Ramon R. Ferreira; ████████ M Cabezas as interpreter. Receive and review background documents; extensive discussion with client; file opt-in | 1.50 450.00/hr | 675.00 |
| | MR | Draft email to M Miller | 0.10 450.00/hr | 45.00 |
| 2/2/2021 | MR | Discussion with KG re: █████████████ | 0.20 450.00/hr | 90.00 |
| | MR | Tel. call with Mr. Blanco with KG as Spanish interpreter | 0.30 450.00/hr | 135.00 |
| 3/10/2021 | MR | Review def. PMG's comm's to Mr. Blanco, including PMG's letter dated 2/26/21. Teleph call with Mr. Blanco re ██████████████ | 0.50 450.00/hr | 225.00 |
| 3/24/2021 | MR | Further attention to drafting responses and objections to defendant PMG's first Interrogatories; review documents produced by plaintiffs; extensive conference with M Miller re ███ | 3.00 450.00/hr | 1,350.00 |
| 3/26/2021 | MR | Edit/revise discovery responses | 0.70 450.00/hr | 315.00 |
| 3/29/2021 | MR | Extensive revisions to interrogatory answers; comm's with K Gulfo re ███ | 1.00 450.00/hr | 450.00 |
| 5/21/2021 | MR | T/C with Ramon Ferreira; K. Gulfo as interpreter | 0.50 450.00/hr | 225.00 |
| 8/17/2021 | MR | Review 5 Tellers' reply papers re: motion practice relating to its cross-claims | 0.50 450.00/hr | 225.00 |
| 9/3/2021 | MR | Telephone calls with Wally Ferreira and Ms. Liz, with JO as Spanish interpreter | 1.00 450.00/hr | 450.00 |
| | MR | Review defendants' newly-issued discovery demands | 1.00 450.00/hr | 450.00 |
| | MR | Telephone call with opt-in plaintiff Hernandez; with MC as interpreter | 0.20 450.00/hr | 90.00 |
| 9/4/2021 | MR | Revisions to interrogatory responses by Ms. Liz and Waly Ferreira | 1.50 450.00/hr | 675.00 |
| 9/9/2021 | MR | Further attention to discovery responses, particularly rog resp's; lengthy meeting with KG re same | 2.00 450.00/hr | 900.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/30/2021 | MR | Drafting of Hernandez rog responses; lengthy call with Mr. Hernandez with KG as interpreter | 1.00 450.00/hr | 450.00 |
| 10/1/2021 | MR | Review our discovery demands to PMG and comm's with MM re ▮▮▮▮ | 0.60 450.00/hr | 270.00 |
| 10/4/2021 | MR | Respond to PMG's attorney regarding discovery issues; draft response to same; telephone call with MM re ▮▮▮▮ | 0.50 450.00/hr | 225.00 |
| 10/6/2021 | MR | Lengthy meeting with Jose Hernandez with KG as interpreter; extensive revisions to rog responses; draft two declarations; telephone call with PMG's attorney; email to PMG's attorney; comm's with MM; review MM's revisions to Mr. Hernandez's declaration and make further revisions; explanation of same to client | 3.00 450.00/hr | 1,350.00 |
| | MR | Tel. call with MM re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 0.50 450.00/hr | 225.00 |
| 10/27/2021 | MR | Attention to defendant PMG's motion to assert third party claims; review/revise MM's draft opp; legal research; email to MM; draft further argument serction | 2.00 450.00/hr | 900.00 |
| 10/29/2021 | MR | Further attention/edits to letter in response to PMG's pre-motion letter | 0.50 450.00/hr | 225.00 |
| 11/11/2021 | MR | Meeting with Mr. Villanueva; J.O. and K.G. as interpreters; edits to Villanueva Responses to Interrogatories | 1.50 450.00/hr | 675.00 |
| | MR | Receive and review 5 Tellers' memo of law in opp to PMG's motion to dismiss | 0.50 450.00/hr | 225.00 |
| 11/21/2021 | MR | Attention to discovery: draft 30(b)(6) deposition notice to PMG | 1.50 450.00/hr | 675.00 |
| 11/23/2021 | MR | Continue drafting 30(b)(6) deposition notice duces tecum to PMG; draft 30(b)(6) deposition notice to 5 Tellers | 2.50 450.00/hr | 1,125.00 |
| 12/2/2021 | MR | Further attention to deposition subpoena duces tecum to 5 Tellers; meeting with KG re ▮▮▮▮ | 0.50 450.00/hr | 225.00 |
| 12/9/2021 | MR | Receive and review letter from 1392 Boston Rd Assoc';s and 160 Heights Enterpr's to opt-in plaintiff Nicolas Blanco; schedule in-person appt. with Mr. Blanco for Sunday afternoon at 3:30 | 0.50 450.00/hr | 225.00 |
| | MR | Tel. call with Jack Malley, | 0.20 450.00/hr | 90.00 |
| | MR | Draft letter to all counsel re: upcoming depositions; failure of PMG to provide discovery | 1.00 450.00/hr | 450.00 |
| 12/12/2021 | MR | Meeting in office with Mr. Blanclo, opt-in | 1.00 450.00/hr | 450.00 |
| 12/15/2021 | MR | File Plaintiffs' Memo of Law in Opp to PMG's motion to amend; draft and file affirmation of service NO CHARGE ADMIN | 0.70 | NO CHARGE |
| | MR | Receive and review PMG's reply brief | 0.70 450.00/hr | 315.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/16/2021 | MR | Meeting with Mr. Blanco with M Cabezas as interpreter; draft Blanco Decl in support of motion to amend; review new documents provided by client | 2.00 450.00/hr | 900.00 |
| | MR | Court Status Conference - Virtual; and preparations for same | 1.00 450.00/hr | 450.00 |
| 12/17/2021 | MR | Emails with M Miller; | 0.20 450.00/hr | 90.00 |
| 12/29/2021 | MR | Revisions to pre-motion letter | 0.50 450.00/hr | 225.00 |
| 12/30/2021 | MR | Meeting in office with Mr. Blanco; review records; discussion re:█ ████████████████████████████████ M Cabezas as interpreter | 1.50 450.00/hr | 675.00 |
| 1/4/2022 | MR | Attn to pre-motion letter | 1.50 450.00/hr | 675.00 |
| 1/8/2022 | MR | Attention to Mr. Liz' response to interrogatories; meeting with K Gulfo re █████ conference call with client and Ms. Gulfo; edits to rog answers | 1.50 450.00/hr | 675.00 |
| 1/11/2022 | MR | Emails with Ms. Miller and defendants' counsel re: upcoming deposition schedule | 0.20 450.00/hr | 90.00 |
| 1/12/2022 | MR | Conf call with MM and Jack Malley | 0.50 450.00/hr | 225.00 |
| | MR | Attention to discovery: lengthy conference in office with Mr. Liz and MC | 2.00 450.00/hr | 900.00 |
| 1/18/2022 | MR | Attention to Francisco Liz discovery responses | 1.50 450.00/hr | 675.00 |
| 1/21/2022 | MR | Telephone call with Mr. Liz with MC as interpreter | 0.40 450.00/hr | 180.00 |
| | MR | Teleph call with Mr. and Ms Liz; MC as interpreter | 0.50 450.00/hr | 225.00 |
| 1/24/2022 | MR | Attention to Mr. Blanco's discovery responses; review documents; extensive meeting with Mr. Blanco with M. Cabezas as assistant/interpreter | 2.00 450.00/hr | 900.00 |
| 1/31/2022 | MR | Attention to Nicolas Blanco discovery/documents: review documents extracted from his teleph.; further attention to rog resp's | 2.00 450.00/hr | 900.00 |
| | MR | Meeting in office with Mr. Liz with KG as interpreter | 0.50 450.00/hr | 225.00 |
| | MR | Meeting with client Francisco Liz in office; review discovery issues; interpreting by KG | 1.50 450.00/hr | 675.00 |
| | MR | Conference call with M Miller and K Gulfo re: ████████████ | 0.50 450.00/hr | 225.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2022 | MR | Prepare for Blanco deposition | 2.00 450.00/hr | 900.00 |
| 2/3/2022 | MR | Meeting in office with Mr. Blanco - deposition prep (M Cabezas and KG as interpreter) | 2.00 450.00/hr | 900.00 |
| 2/4/2022 | MR | Defend Blanco deposition - full day | 8.00 450.00/hr | 3,600.00 |
| 2/6/2022 | MR | Telephone calls with Meredith Miller re ███████ | 0.50 450.00/hr | 225.00 |
| 2/7/2022 | MR | Full-day deposition (continuation of Blanco deposition); and meetings with client; pre-deposition conference with court and obtain rulings on parties' dispute | 8.00 450.00/hr | 3,600.00 |
| 2/9/2022 | MR | Meeting with Mr. Bonilla; MC as interpreter | 1.00 450.00/hr | 450.00 |
| 2/11/2022 | MR | Emails with counsel for all parties regarding Peter Volandes deposition; telephone calls with M Miller re ██████ review FRCP re same | 0.50 450.00/hr | 225.00 |
| 2/19/2022 | MR | Review all deadlines; draft letter to Magistrate Judge Ramon E. Reyes Jr.; attention to mediator selection | 1.50 450.00/hr | 675.00 |
| 2/25/2022 | MR | Attention to issues relating to potential application for trial deposition for Mr. Jose Hernandez ████████████ | 1.00 450.00/hr | 450.00 |
| 2/28/2022 | MR | TC with Mr. Malley, co-counsel, MM, and Ms. Aiello | 0.50 450.00/hr | 225.00 |
| 3/1/2022 | MR | TCs to Mr. Jose Hernandez' ██████████████████ with K. Gulfo; TC with Mr. Jose Hernandez, K. Gulfo as interpreter | 0.60 450.00/hr | 270.00 |
| 4/5/2022 | MR | Telephone call with counsel for 5 Tellers' regarding mediation-related issues; review email chains related to same | 0.30 450.00/hr | 135.00 |
| 5/13/2022 | MR | Comm's with Ms. Miller and JAMS re: pre-mediation conference call; mediation agreement and related issues | 0.60 450.00/hr | 270.00 |
| 5/17/2022 | MR | Attn to mediation related issues | 0.50 450.00/hr | 225.00 |
| 5/18/2022 | MR | Prepare for initial call with Mediator; participate in virtual conference/pre-mediation call. | 1.50 450.00/hr | 675.00 |
| 5/19/2022 | MR | Conf with K Gulfo and M Miller re: ████████████████████████████████████████████ | 1.50 450.00/hr | 675.00 |
| 5/20/2022 | MR | Review of damages chart and discussions with K. Gulfo regarding ██████ | 2.00 450.00/hr | 900.00 |
| 5/23/2022 | MR | Attention to drafting of mediation statement | 6.00 450.00/hr | 2,700.00 |
| | MR | LR re: housing credit issue | 0.50 450.00/hr | 225.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2022 MR | T/C with co-counsel M. Miller and K. Gulfo | | 0.70 450.00/hr | 315.00 |
| MR | Receive and review revised pre-mediation statement with MM's edits; further edits to same; further attention to exhibits. | | 2.00 450.00/hr | 900.00 |
| 5/26/2022 MR | Plan and prepare for mediation; attention to issues raised by defendants' counsel; discussions with MM; review all motion documents filed by all parties | | 3.00 450.00/hr | 1,350.00 |
| MR | Draft email to all counsel responding to PMG's request for clarification of Plaintiffs' settlement demand; discussions with MM re ▉▉▉ review costs incurred to date in connection with same | | 1.00 450.00/hr | 450.00 |
| 5/27/2022 MR | Prepare for mediation; extensive conversations with named plaintiffs and opt-in plaintiffs. | | 4.00 450.00/hr | 1,800.00 |
| 5/31/2022 MR | Appear/attend full day mediation | | 9.00 450.00/hr | 4,050.00 |
| 6/1/2022 MR | Comm's with mediator (Judge Gold) regarding allocations of settlement | | 0.50 450.00/hr | 225.00 |
| 6/7/2022 MR | T/c with Mario Villanueva re: ▉▉▉▉▉▉▉▉ | | 0.20 450.00/hr | 90.00 |
| 6/8/2022 MR | Draft email to PMG's counsel; discussion with KG re: ▉▉▉▉▉▉ ▉▉ | | 0.10 450.00/hr | 45.00 |
| 8/23/2022 MR | Tel. call with attorney Aiello for PMG; review scheduling order | | 0.20 450.00/hr | 90.00 |
| MR | Attention to lodestsar/billing history | | 1.00 450.00/hr | 450.00 |
| 8/31/2022 MR | Telephone call with M Miller re: ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉ | | 0.50 450.00/hr | 225.00 |
| MR | Meeting with clients; K. Gulfo as interpreter | | 1.00 450.00/hr | 450.00 |
| 9/8/2022 MR | Tel. call with Mr. Hernandez, with KG as interpreter, re: ▉▉▉ ▉▉▉▉ | | 0.10 450.00/hr | 45.00 |
| 10/11/2022 MR | Tel. call with MM and KG re: ▉▉▉▉▉▉▉▉▉ | | 0.30 450.00/hr | 135.00 |
| 11/5/2022 MR | Review and extensive revisions to proposed Cheeks letter | | 2.00 450.00/hr | 900.00 |
| 11/17/2022 MR | Meeting in office with M. Villanueva, K. Gulfo as interp. | | 0.50 450.00/hr | 225.00 |
| 11/29/2022 MR | Tel. call with M Miller re: ▉▉▉▉▉▉▉▉▉▉ NO CHARGE | | 0.20 | NO CHARGE |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2022 MR | Telephone call with T Tellers' attorney, Jack Malley | 0.40<br>450.00/hr | 180.00 |
| 12/8/2022 MR | Emails with all counsel re: settlement agreement; telephone call with the Spanish Group re translating settlement agreement | 0.20<br>450.00/hr | 90.00 |
| 12/15/2022 MR | Attn to execution of settlement agreement; comm's with clients re same with KG as interpreter; attempt to reach plaintiff Villanueva; attention to loadstar/billing history | 0.50<br>450.00/hr | 225.00 |
| 12/19/2022 MR | Telephone call with Mr. Ferreira re: ██████████████████ ███████ KG as interpreter; comm's with MM re ███████ | 0.10<br>450.00/hr | 45.00 |
| SUBTOTAL: |  | [     182.15 | 81,562.50] |

Joselin Orellana

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/8/2020 JO | Attention to public record search re. defts' buildings | 2.00<br>95.00/hr | 190.00 |
| 10/14/2020 JO | Attention to public record search re. defts' buildings (continued) | 3.00<br>95.00/hr | 285.00 |
| 10/16/2020 JO | Attention to public record search re. defts' buildings (continued) | 2.50<br>95.00/hr | 237.50 |
| 10/21/2020 JO | Conducted legal research/public records (ACRIS/HPD) search re. PMG buildings; generate index | 3.00<br>95.00/hr | 285.00 |
| 12/11/2020 JO | Review materials from Plaintiff Ana Liz; notes re. same | 0.50<br>95.00/hr | 47.50 |
| 12/14/2020 JO | Attention to review of Mr. and Mrs. Liz' materials; notes re. same (continued) | 4.00<br>95.00/hr | 380.00 |
| 12/16/2020 JO | T/C with  Mario Villanueva | 0.10<br>95.00/hr | 9.50 |
| 12/24/2020 JO | Indexing of defts' opp. to pltfs' motion for cond. cert. for hardcopy file | 0.50<br>95.00/hr | 47.50 |
| 1/8/2021 JO | Attention to file management re. Jose Blanco's documents; prepared damages chart | 1.00<br>95.00/hr | 95.00 |
| 1/12/2021 JO | Further edits to working damages chart re. Jose Blanco; review of notes and emails | 2.50<br>95.00/hr | 237.50 |
| 11/11/2021 JO | Participate in meeting with Mr. Villanueva and MR; interpret during same | 1.70<br>95.00/hr | 161.50 |
| 4/21/2022 JO | Attention to: extensive edits of damages chart and comm's with K. Gulfo re. same; meeting/discussion with MR | 5.50<br>95.00/hr | 522.50 |
| 4/23/2022 JO | Attention to update of damages | 3.00<br>95.00/hr | 285.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | [ | 29.30 | 2,783.50] |
| 11/16/2019 MC | Meeting with clients in office; interpret during same | | 1.50 115.00/hr | 172.50 |
| 1/11/2020 MC | Meeting and intepret for MR with clients Mr and Ms. Liz, Mr. Bonilla and Mr. Ferreira | | 2.50 115.00/hr | 287.50 |
| 1/18/2020 MC | Meeting with new opt-in, Mario Villanueva; obtain factual background; explain consent form and retainer agreement in Spanish to him; draft memo re all info to KG, MM and MR; further conference with MR and client in office | | 2.50 115.00/hr | 287.50 |
| 2/21/2020 MC | attention to documents provided by clients | | 1.50 115.00/hr | 172.50 |
| 2/23/2020 MC | Review, organize and scan clients' documents | | 4.00 115.00/hr | 460.00 |
| 5/13/2020 MC | Assist with interpreting during call with clients | | 0.50 115.00/hr | 57.50 |
| 5/15/2020 MC | Interpret during T/C with Mr. and Mrs. Liz | | 0.50 115.00/hr | 57.50 |
| 1/19/2021 MC | Meeting with Jose Blanco and MR; translate | | 1.00 115.00/hr | 115.00 |
| 1/30/2021 MC | Participate in initial client conference with Ramon Ferreira; interpret/verbally translate retainer agreement and consent form; create new file; | | 2.50 115.00/hr | 287.50 |
| 9/3/2021 MC | Translate and assist with telephone call with MR and Mr. Hernandez | | 0.20 115.00/hr | 23.00 |
| 12/12/2021 MC | Meeting with MR and Mr. Blanco - interpret; receive and review client's documents | | 1.00 115.00/hr | 115.00 |
| 12/30/2021 MC | Meeting with Mr. Blanco and interpret for MR; review texts and other materials | | 1.50 115.00/hr | 172.50 |
| 1/12/2022 MC | Meeting with Marc and F Liz - translate and assist with rog answers | | 2.00 115.00/hr | 230.00 |
| 1/24/2022 MC | Meeting with MR and Mr. Blanco; interpret and assist with preparing client's rog responses | | 2.00 115.00/hr | 230.00 |
| MC | Review of Spanish language interrogatory responses relating to Francisco Liz | | 0.70 115.00/hr | 80.50 |
| 1/26/2022 MC | Telephone calls with Mr. Blanco and Mr. Liz███████████ ███████; review document production and identify new documents to be produced | | 4.00 115.00/hr | 460.00 |
| 2/1/2022 MC | Review of Mr. Blanco's documents; communications with K. Gulfo re. ████ | | 1.00 115.00/hr | 115.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2022 | MC | Meet with Jose Nicolas Blanco | 3.00 115.00/hr | 345.00 |
| | MC | Lengthy meeting with Mr. Blanco to prepare for deposition; review written discovery; meetings with MR and KG | 6.00 115.00/hr | 690.00 |
| 2/3/2022 | MC | Meeting with Mr. Blanco | 6.00 115.00/hr | 690.00 |
| | MC | Lengthy meeting with Mr. Blanco - deposition preparation | 5.00 115.00/hr | 575.00 |
| 2/4/2022 | MC | Comm's with Mr. Blanco | 0.10 115.00/hr | 11.50 |
| | MC | Assist and attend  - Blanco deposition | 4.00 115.00/hr | 460.00 |
| 2/6/2022 | MC | Telephone call with Jonny Bonilla | 0.20 115.00/hr | 23.00 |
| 2/9/2022 | MC | Meet with Mr. Blanco and Mr. Bonilla | 1.30 115.00/hr | 149.50 |
| 2/17/2022 | MC | TC with K. Gulfo re. ██████████ | 0.20 115.00/hr | 23.00 |
| 3/10/2022 | MC | Meeting with Mr. Blanco | 0.50 115.00/hr | 57.50 |
| 5/12/2022 | MC | Comm's with Mr. Blanco | 0.27 115.00/hr | 30.67 |
| 6/8/2022 | MC | Communications with Mr. Blanco | 0.50 115.00/hr | 57.50 |
| | MC | Receive and review texts comm's from Mr. Blanco | 0.20 115.00/hr | 23.00 |
| | | SUBTOTAL: | [    56.17 | 6,459.17] |

Karina Gulfo

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/7/2019 | KG | Meeting with Ana & Francisco Liz; Daniel Rodriguez; Jonny Bonilla; Waly Ferreira; interpret during same | 1.00 115.00/hr | 115.00 |
| | KG | Create new case file; save notes to same; obtain documents from clients | 0.50 115.00/hr | 57.50 |
| 12/13/2019 | KG | Call with Francisco Liz; email to MR re. ██████ | 0.10 115.00/hr | 11.50 |
| 12/19/2019 | KG | Comm's with Mr. and Ms. Liz; review documents provided by clients; discussions re same with MR | 1.50 115.00/hr | 172.50 |
| 12/23/2019 | KG | Review draft complaint | 0.80 115.00/hr | 92.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 1/10/2020 | KG | Edit and file complaint; draft civil cover sheet and summonses | 2.00<br>115.00/hr | 230.00 |
| 1/17/2020 | KG | Call with Mario Villanueva | 0.10<br>115.00/hr | 11.50 |
| 1/24/2020 | KG | Call with Francisco Liz | 0.10<br>115.00/hr | 11.50 |
| 1/29/2020 | KG | Filed affidavits of service as to Defendants John and Peter Volandes via ECF | 0.10<br>115.00/hr | 11.50 |
| 1/31/2020 | KG | Filed affidavits of service on ECF as to all corp. defendants and 2nd AOS re. Peter Volandes | 0.20<br>115.00/hr | 23.00 |
| 2/22/2020 | KG | Call from attorney Michael Doyle; e-mail to MR re. ██ | 0.10<br>115.00/hr | 11.50 |
| 3/30/2020 | KG | Review of Michael Doyle's e-mails to MR; download of documents; send same to MR and Meredith via e-mail | 0.40<br>115.00/hr | 46.00 |
| 4/2/2020 | KG | Email to Ds counsel re. selection of mediator; call with MR and MRM re. same | 0.20<br>115.00/hr | 23.00 |
| | KG | Calendar new deadlines; email to MR re. ██████ | 0.40<br>115.00/hr | 46.00 |
| 4/16/2020 | KG | Call with atty Jackie Aiello re; her client; email same to MR | 0.10<br>115.00/hr | 11.50 |
| 5/13/2020 | KG | Call with MR and clients re. ████████████ ███ | 0.70<br>115.00/hr | 80.50 |
| 5/18/2020 | KG | Attention to damages chart; calls with MR re. ███; e-mails to MR and MM | 6.00<br>115.00/hr | 690.00 |
| 5/26/2020 | KG | Call with MR and Johnny Bonilla | 0.30<br>115.00/hr | 34.50 |
| 5/27/2020 | KG | Edit to damages chart; email same to MR and MM | 0.60<br>115.00/hr | 69.00 |
| 6/9/2020 | KG | Edits to disclosures and damages chart | 1.00<br>115.00/hr | 115.00 |
| 6/10/2020 | KG | Email to defts re. damages chart; plaintiffs' production and disclosures | 0.20<br>115.00/hr | 23.00 |
| 7/2/2020 | KG | T/C to all clients re.███████; email to MR and MM re. same | 0.20<br>115.00/hr | 23.00 |
| 7/6/2020 | KG | Attention to production/discovery | 3.60<br>115.00/hr | 414.00 |
| 7/8/2020 | KG | Set up Zoom call with clients; text communications with all clients; e-mail details to MR, MM and MCR | 0.30<br>115.00/hr | 34.50 |

| Date | | Description | Hrs/Rate | Amount |
|------|--|-------------|----------|--------|
| 7/8/2020 | KG | Comm's with all clients regarding ████████████ ████████████████████████████ | 2.50 115.00/hr | 287.50 |
| 7/10/2020 | KG | Attention to additional plaintiff production; emails to MR and MM re. ████; send confidentiality agreement to all clients; calls with clients re. | 1.00 115.00/hr | 115.00 |
| 7/13/2020 | KG | Comm's with MR re. interpreter service for upcoming mediation; email to all parties re. same | 0.10 115.00/hr | 11.50 |
| | KG | Call with Ms. Ana Liz; email re. ████ to Meredith and Marc | 0.20 115.00/hr | 23.00 |
| 7/15/2020 | KG | Calls and e-mails with Leo from Magna Legal Services re. translation services at upcoming Zoom mediation | 0.40 115.00/hr | 46.00 |
| 7/17/2020 | KG | Attention to organization of hard copies of plaintiffs' production | 2.50 115.00/hr | 287.50 |
| | KG | Call with Mr. Liz and Meredith Miller | 0.10 115.00/hr | 11.50 |
| 7/29/2020 | KG | Attention to plaintiff's production | 1.00 115.00/hr | 115.00 |
| 8/18/2020 | KG | Left voicemail message for Jonny Bonilla | 0.10 115.00/hr | 11.50 |
| | KG | Edit mediation report; send to MM; send to court | 0.50 115.00/hr | 57.50 |
| 9/8/2020 | KG | Create and save file for documents provided by Mr. Malley, defts' counsel | 0.10 115.00/hr | 11.50 |
| | KG | Call with Ms. Liz and MR; follow-up comm's with Ms. Liz | 0.30 115.00/hr | 34.50 |
| 9/14/2020 | KG | Call with Francisco Liz; email to MR and MM re. ████ | 0.30 115.00/hr | 34.50 |
| 9/28/2020 | KG | Call with Mr. Liz's family member'; e-mail response to Mr. Liz | 0.20 115.00/hr | 23.00 |
| 10/13/2020 | KG | Call with Francisco Liz; set up meeting and texts with client re. ████ | 0.20 115.00/hr | 23.00 |
| 10/15/2020 | KG | Proofread interrogatories to PMG and made final revisions; e-mail to all parties | 1.50 115.00/hr | 172.50 |
| 10/20/2020 | KG | Zoom meeting with Marc and Jonny Bonilla | 1.00 115.00/hr | 115.00 |
| 10/30/2020 | KG | Interpret during calls with clients | 1.00 115.00/hr | 115.00 |
| | KG | Call with Mario Villanueva and Waly Ferreira; interpret during same | 1.00 115.00/hr | 115.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2020 | KG | Call with Waly Ferreira and MR; edits to decl | 1.00<br>115.00/hr | 115.00 |
| 11/5/2020 | KG | Attn to production; indexing of same | 0.50<br>115.00/hr | 57.50 |
| 11/9/2020 | KG | Public records research | 2.00<br>115.00/hr | 230.00 |
| | KG | Meeting with Jonny Bonilla | 0.50<br>115.00/hr | 57.50 |
| | KG | Call with The Spanish Group LLC, document translation service | 0.20<br>115.00/hr | 23.00 |
| | KG | Call with Mr. Liz | 0.10<br>115.00/hr | 11.50 |
| | KG | Proofread Memo of Law | 1.00<br>115.00/hr | 115.00 |
| | KG | Continued attention to research of Deft PMG's buildings | 2.50<br>115.00/hr | 287.50 |
| 12/14/2020 | KG | Attn to review of videos provided by clients | 1.60<br>115.00/hr | 184.00 |
| 12/30/2020 | KG | Call with Jose Blanco; email to JO, MR and MM re. same | 0.20<br>115.00/hr | 23.00 |
| 1/4/2021 | KG | Call with Mr. Liz | 0.10<br>115.00/hr | 11.50 |
| 1/7/2021 | KG | Interpret during call with Mr. Blanco | 0.60<br>115.00/hr | 69.00 |
| 1/11/2021 | KG | Call with Jose Blanco; draft consent form and retainer; email to MR re. ██ | 0.60<br>115.00/hr | 69.00 |
| 1/12/2021 | KG | Communications with The Spanish Group re. translation costs | 0.10<br>115.00/hr | 11.50 |
| | KG | Call with Mr. Blanco | 0.10<br>115.00/hr | 11.50 |
| 1/13/2021 | KG | Edit to consent form; edits and review of Blanco affidavit | 0.30<br>115.00/hr | 34.50 |
| 1/14/2021 | KG | Communications with The Spanish Group re. translation of declaration | 0.10<br>115.00/hr | 11.50 |
| 1/20/2021 | KG | Review Pltfs' Reply; make changes to same | 1.00<br>115.00/hr | 115.00 |
| 1/25/2021 | KG | Call with Blanco; emails to Marc, MRM and JO re. ██; communications with translation service | 0.50<br>115.00/hr | 57.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2021 KG | Call with Mr. Blanco and MR | | 0.20<br>115.00/hr | 23.00 |
| 3/25/2021 KG | Calls with Ana Liz and Waly Ferreira | | 0.20<br>115.00/hr | 23.00 |
| 3/29/2021 KG | Further attention tod discovery responses | | 0.60<br>115.00/hr | 69.00 |
| 4/20/2021 KG | Comm's with The Spanish Group translation services re. translation of opt-in notice NO CHARGE ADMIN | | 0.20 | NO CHARGE |
| 4/28/2021 KG | Attention to mailing of notice to employees of PMG | | 1.00<br>115.00/hr | 115.00 |
| 5/18/2021 KG | File Jose Hernandez consent to join via ECF; comms with MR and MM re. ▮ | | 0.20<br>115.00/hr | 23.00 |
| 5/21/2021 KG | T/C with Ramon Ferreira and MR; interpret during same | | 0.50<br>115.00/hr | 57.50 |
| 6/15/2021 KG | Comms with MR re. ▮▮▮▮▮ | | 0.10<br>115.00/hr | 11.50 |
| 6/28/2021 KG | Email comms with MM | | 0.20<br>115.00/hr | 23.00 |
| 7/24/2021 KG | Receive and review discovery from Defts | | 0.50<br>115.00/hr | 57.50 |
| 7/26/2021 KG | TCs with Mr. and Mrs. Liz; emails to MR and MM re. ▮▮ | | 0.20<br>115.00/hr | 23.00 |
| 8/18/2021 KG | T/C with Jonny Bonilla | | 0.10<br>115.00/hr | 11.50 |
| 9/2/2021 KG | Assist with discovery responses by opt-in plaintiffs; remote discussions with clients throughout the day; review documents provided by clients | | 4.50<br>115.00/hr | 517.50 |
| 10/6/2021 KG | In office meeting with opt-in Jose Hernandez and MR | | 2.50<br>115.00/hr | 287.50 |
| 10/7/2021 KG | Email comm's with MR and MM re. ▮▮▮▮ | | 0.10<br>115.00/hr | 11.50 |
| 10/8/2021 KG | Attention to production; produce further documents re. Plaintiff Jose Hernandez; email comm's with MR and MM; email to all parties; uploading of same to Dropbox | | 0.70<br>115.00/hr | 80.50 |
| KG | Email comm's with MR and MM; | | 0.10<br>115.00/hr | 11.50 |
| 10/29/2021 KG | Meeting in office with Mr. Jose Hernandez re.▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ email to MR and MM re. ▮▮▮ | | 2.00<br>115.00/hr | 230.00 |
| 11/5/2021 KG | TC with Mario Villanueva; schedule appt. | | 0.10<br>115.00/hr | 11.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2021 | KG | Attn to discovery | 2.00 115.00/hr | 230.00 |
| 11/10/2021 | KG | T/C to Mr. Bonilla | 0.10 115.00/hr | 11.50 |
| 11/11/2021 | KG | Meeting with MR and Mr. Villanueva in office; interpret during same | 1.00 115.00/hr | 115.00 |
| 11/15/2021 | KG | Send Mario Villanueva Rog responses to all parties | 0.10 115.00/hr | 11.50 |
| 11/23/2021 | KG | Edits drafts of depo. notices to Defendants | 1.00 115.00/hr | 115.00 |
| 11/24/2021 | KG | Final review and proofread depo. notice as to Deft PMG; comm's with MR; send same to all parties | 1.00 115.00/hr | 115.00 |
| 11/29/2021 | KG | Communications with Pltf Jonny Bonilla | 0.20 115.00/hr | 23.00 |
| 12/3/2021 | KG | Final review and edit to 5 Tellers Depo; send same to all parties | 1.00 115.00/hr | 115.00 |
| 12/7/2021 | KG | Meeting with MR and Jonny Bonilla in office; interpret during same; review of interrogatory responses | 2.00 115.00/hr | 230.00 |
| 12/10/2021 | KG | Email to all parties re. Plaintiff Bonilla's Responses to rogs of deft. PMG | 0.20 115.00/hr | 23.00 |
| 1/4/2022 | KG | Proofread pre-motion letter; edits to same | 0.50 115.00/hr | 57.50 |
| 1/20/2022 | KG | Attention to review of Mr. Liz' documents; organize same; send same to MR and MM; email comm's re. production | 2.00 115.00/hr | 230.00 |
| 1/31/2022 | KG | Attn to discovery, includ rogs and document production; meetings throughout the day with MR; meeting in office with Mr. Liz and MR; interpret during same; review of Plaintiff Blanco's documents | 3.50 115.00/hr | 402.50 |
| 2/1/2022 | KG | Email to Marcela Cabezas; updates to calendar to reflect current deposition schedule | 0.10 115.00/hr | 11.50 |
| | KG | Review documents from Mr. Blanco; comm's with Marcela Cabezas re. ██████ | 3.00 115.00/hr | 345.00 |
| 2/2/2022 | KG | Attention to production; email to all parties | 1.00 115.00/hr | 115.00 |
| | KG | Meet with Jose Nicolas Blanco, MR and MC | 1.00 115.00/hr | 115.00 |
| 2/3/2022 | KG | Participate in meeting with MR, Mr. Blanco and MC | 1.50 115.00/hr | 172.50 |
| | KG | Attention to preparation for deposition of Mr. Blanco; organize documents; attention to computer and sound equipment; attention to further discovery | 4.00 115.00/hr | 460.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2022 | KG | Assist with full-day Blanco deposition | 4.00 115.00/hr | 460.00 |
| 2/7/2022 | KG | Assist MR with deposition preparation; review defts' exhibits | 0.60 115.00/hr | 69.00 |
| | KG | Attention to discovery | 3.00 115.00/hr | 345.00 |
| | KG | Assist at second day of Blanco deposition | 4.00 115.00/hr | 460.00 |
| 2/8/2022 | KG | T/C with Mr. Blanco; email to MR and MM re. ▮ | 0.10 115.00/hr | 11.50 |
| 2/9/2022 | KG | Meet with Mr. Blanco and Mr. Bonilla | 1.30 115.00/hr | 149.50 |
| 2/16/2022 | KG | T/C with Mr. Bonilla; comm's with Marcela | 0.20 115.00/hr | 23.00 |
| 2/17/2022 | KG | TC with Marcela Cabezas re. ▮ | 0.20 115.00/hr | 23.00 |
| 2/18/2022 | KG | T/C with Mr. Bonilla | 0.10 115.00/hr | 11.50 |
| 2/19/2022 | KG | Proofread letter to Court | 0.20 115.00/hr | 23.00 |
| 2/23/2022 | KG | Calendar new discovery and motion to amend complaint deadlines | 0.10 115.00/hr | 11.50 |
| | KG | Attention to lodestar/billing history review | 1.00 115.00/hr | 115.00 |
| 2/25/2022 | KG | TC with Jose Hernandez re. ▮ | 0.20 115.00/hr | 23.00 |
| 2/28/2022 | KG | T/Cs to Mr. Jose Hernandez | 0.10 115.00/hr | 11.50 |
| 3/1/2022 | KG | T/Cs to Mr. Jose Hernandez' family; TC with MR and Mr. Jose Hernandez; attn to notes re. same | 0.60 115.00/hr | 69.00 |
| 3/10/2022 | KG | T/C with Mr. Blanco | 0.10 115.00/hr | 11.50 |
| 4/11/2022 | KG | T/Cs with Mr. and Mrs. Liz; Waly Ferreira and Mr. Blanco | 0.30 115.00/hr | 34.50 |
| 4/21/2022 | KG | Discussion with JO re. update to damages | 0.30 115.00/hr | 34.50 |
| 5/16/2022 | KG | T/C with all clients; email to MR and MM re. ▮ | 0.60 115.00/hr | 69.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2022 | KG | Attn to damages; updates and review of same; send to MM and MR | 1.00 115.00/hr | 115.00 |
| 5/18/2022 | KG | T/C to Mr. Malley, leave message | 0.10 115.00/hr | 11.50 |
| | KG | Attn to edits to damages chart | 0.20 115.00/hr | 23.00 |
| | KG | Email with interpreter | 0.10 115.00/hr | 11.50 |
| 5/19/2022 | KG | Edits to damages chart | 0.40 115.00/hr | 46.00 |
| 5/20/2022 | KG | Further edits to damages chart; review of same; meeting with MR; email to all parties re. damages | 3.00 115.00/hr | 345.00 |
| 5/23/2022 | KG | Attn to review/edits re. mediation statement | 2.00 115.00/hr | 230.00 |
| 5/24/2022 | KG | Conference call with Meredith Miller and MR; final edits to mediation statement, collate exhibits & send same to Judge Gold | 1.00 115.00/hr | 115.00 |
| 5/25/2022 | KG | Text message communications with all Plaintiffs | 0.30 115.00/hr | 34.50 |
| 5/26/2022 | KG | Attention to lodestar calculations in advance of mediation; meeting with MR re ████; T/C with MM | 1.00 115.00/hr | 115.00 |
| | KG | Comm's with JAMS re: confidentiality agreement required for execution by plaintiffs | 0.20 115.00/hr | 23.00 |
| | KG | Comm's with Magna Legal Services re: confirm interpreter for in-person interpret., all day Tues | 0.20 115.00/hr | 23.00 |
| 5/27/2022 | KG | T/C with Mr. Liz | 0.10 115.00/hr | 11.50 |
| 5/30/2022 | KG | Prepare documents for mediation; edits to damages, send same to MR and MM | 2.00 115.00/hr | 230.00 |
| 5/31/2022 | KG | T/C with Mr. Jose Hernandez, text communications with clients | 0.30 115.00/hr | 34.50 |
| | KG | T/Cs with Meredith Miller and MR; further edits to damages chart | 1.00 115.00/hr | 115.00 |
| 6/7/2022 | KG | T/Cs and text message communications with Mr. Blanco; T/C with Mr. Liz | 0.30 115.00/hr | 34.50 |
| | KG | Interpret during call with Mr. Villanueva | 0.20 115.00/hr | 23.00 |
| 6/16/2022 | KG | T/C with Mr. Blanco; email comm's to MR, MC and MM re. ████ | 0.20 115.00/hr | 23.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/20/2022 | KG | T/C with Mr. Blanco; email comms with MR and MM re. ▇▇; T/C with Mr. and Mrs. Liz | 0.20 115.00/hr | 23.00 |
| 8/31/2022 | KG | Meeting with J. Blanco, M. Villanueva, Waly Ferreira, Ramon Ferreira; interpret during same | 1.00 115.00/hr | 115.00 |
| 10/26/2022 | KG | T/C with Mr. Bonilla; email to MM re. ▇▇ | 0.20 115.00/hr | 23.00 |
| 11/5/2022 | KG | Proofread and edit Cheeks letter | 0.60 115.00/hr | 69.00 |
| 11/17/2022 | KG | Meeting with Mario Villanueva and MR; interpret during same | 0.50 115.00/hr | 57.50 |
| 12/7/2022 | KG | Comm's with The Spanish Group translation services | 0.20 115.00/hr | 23.00 |
| 12/13/2022 | KG | Attn to time record/billing history review | 0.70 115.00/hr | 80.50 |
| 12/14/2022 | KG | Attn to time record/billing history review | 1.00 115.00/hr | 115.00 |
| | KG | Attn to Cheeks applc exhibits and tel. calls with clients | 2.50 115.00/hr | 287.50 |
| 12/15/2022 | KG | T/C and texts with Jose Hernandez; T/C with Mr. Blanco; meeting with Ramon Ferreira, interpret during same | 0.70 115.00/hr | 80.50 |
| 12/16/2022 | KG | Meetings with Francisco Liz, Ana Liz and Nicolas Blanco, interpret during same | 1.00 115.00/hr | 115.00 |
| 12/20/2022 | KG | T/C to Mario Villanueva | 0.10 115.00/hr | 11.50 |
| 12/22/2022 | KG | Attn to finalize exhibits for Cheeks applc, includ final bill | 0.70 115.00/hr | 80.50 |
| | KG | Meeting with MR re: lodestar/history bill | 0.40 115.00/hr | 46.00 |

SUBTOTAL:                                                           [    127.10          14,593.50]

For professional services rendered                                        394.72        $105,398.67

Additional Charges :

Marc A. Rapaport

| | | |
|---|---|---|
| 12/19/2019 | In-house copies at 0.25 per page | 5.50 |
| 1/10/2020 | In-house copies at 0.25 per page | 17.00 |
| | Filing Fee - EDNY | 400.00 |
| 1/11/2020 | In-house copies at 0.25 per page | 33.25 |
| 1/17/2020 | NY Secretary of State Fees - (service of process) | 160.00 |
| 1/18/2020 | In-house copies | 5.25 |
| 2/4/2020 | Gotham Process Service Fee - Suffolk County Service | 120.00 |

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 2/11/2020 | In-house copies at 0.25 per page | | 0.75 |
| 2/26/2020 | Gotham Process Inc - Process Server Fees, Work Order Nos. 1148722-1148728 | | 364.00 |
| 4/2/2020 | Pacer | | 0.90 |
| 5/13/2020 | Pacer | | 2.10 |
| 5/15/2020 | Pacer | | 4.50 |
| 5/19/2020 | Pacer | | 3.80 |
| 5/21/2020 | Pacer | | 0.40 |
| 5/28/2020 | Pacer | | 4.20 |
| 6/10/2020 | Pacer | | 1.00 |
| 7/9/2020 | Pacer | | 2.20 |
| 7/16/2020 | Magna Legal Services, Interpreter fees, Invoice No. 607381 | | 1,280.00 |
| 7/17/2020 | In-house copies | | 30.00 |
| 9/8/2020 | In-house copies | | 5.75 |
|  | Pacer | | 6.60 |
| 9/30/2020 | Pacer | | 2.30 |
|  | Pacer | | 1.70 |
| 10/30/2020 | Pacer | | 1.00 |
| 11/2/2020 | in-house copies at .25 pp | | 66.00 |
| 11/6/2020 | The Spanish Group - Invoice No. 86125; Translation of Declarations | | 167.31 |
|  | The Spanish Group LLC - translation cost | | 61.10 |
| 11/9/2020 | Translation Expense - The Spanish Group, LLC Order No. 86611 | | 94.60 |
|  | Pacer fees | | 6.20 |
| 1/12/2021 | The Spanish Group, LLC, certified document translation - Order #95391 | | 30.00 |
|  | Mess Kollective Messengers; date of service 1/12/2021 | | 69.00 |
| 1/13/2021 | Mess Kollective Messengers, rush delivery service, date of service: 1/13/2021 | | 84.00 |
| 1/14/2021 | The Spanish Group  - Translation Services; Order No. 95898 - (certified translation of declaration) | | 95.76 |
| 2/2/2021 | In-house copies at 0.25 per page | | 1.00 |
| 4/20/2021 | The Spanish Group,  Document Translation Services, Order #112340 | | 155.16 |
| 5/1/2021 | Postage | | 19.20 |
| 8/30/2021 | Pacer | | 1.40 |
| 11/8/2021 | In-house copies | | 8.50 |
| 12/12/2021 | In-house copies at 0.25 per page | | 5.75 |
| 12/20/2021 | The Spanish Group Document Translation Order  #163097 | | 131.04 |
| 12/30/2021 | Pacer | | 0.90 |
|  | In-house copies at 0.25 per page | | 3.00 |
| 1/4/2022 | in-house copies | | 5.00 |
| 1/18/2022 | Pacer U.S. Courts | | 1.00 |
|  | The Spanish Group - Translation Order Confirmation #168691 | | 368.90 |
| 1/31/2022 | I Can Fix It For You, Inc. - Cellular Phone Expert - Invoice No. 49100178 | | 219.00 |
|  | The Spanish Group - Translation Services -  Order #171681 | | 30.00 |
|  | In house copies at 0.25 per page | | 50.75 |
| 2/3/2022 | In-house copies | | 1.25 |
| 2/10/2022 | Court Reporter - Veritext (Inv. No. 5561369) | | 1,616.30 |
| 3/1/2022 | Veritext Deposition Transcript/Court Reporter, Invoice No. 5596583 | | 600.58 |
| 5/30/2022 | In-house copies | | 1.50 |
| 6/7/2022 | Magna Legal Services, Interpreter Services, Invoice No. 864083 | | 1,782.18 |

| | | | |
|---|---|---|---:|
| SUBTOTAL: | | [ | 8,128.58] |
| Total additional charges | | | $8,128.58 |
| For professional services rendered | | 394.72 | $113,527.25 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Marc Rapaport | 181.25 | 450.00 | $81,562.50 |

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Marc Rapaport | 0.90 | 0.00 | $0.00 |
| Joselin Orellana | 29.30 | 95.00 | $2,783.50 |
| Karina Gulfo | 126.90 | 115.00 | $14,593.50 |
| Karina Gulfo | 0.20 | 0.00 | $0.00 |
| Marcela Cabezas | 56.17 | 115.00 | $6,459.17 |