

| | | |
|---|---|---|
| From | **Miller Law, PLLC** | |
| | 167 Madison Avenue, Suite 503 | |
| | New York, NY 10016 | |
| | Tel: 347-878-2587 | |
| | Fax: 866-495-6719 | |

| | | | |
|---|---|---|---|
| Invoice ID | **1826** | Invoice For | **A. Liz, W. Ferriera, at al.** |
| Issue Date | 12/23/2022 | | |
| Due Date | 12/23/2022 (upon receipt) | | |
| Subject | Detailed Billing History for Liz, et al. v. 5 Tellers, et al (EDNY), 20-cv-212 | | |

| Description | Time | Rate | Amount |
|---|---|---|---|
| 12/26/2019 - Meredith R. Miller: Reviewed and revised draft complaint. | 1.20 | $450.00 | **$540.00** |
| 01/13/2020 - Meredith R. Miller: Prepared and filed notice of appearance. | 0.30 | $450.00 | **$135.00** |
| 04/09/2020 - Meredith R. Miller: Reviewed answer and cross-claim; t/c MR re ▓▓▓▓ t/c defendant's counsel (Malley) re mediation; reviewed documents from PMG's counsel; email to mediation coordinator. | 1.20 | $450.00 | **$540.00** |
| 05/13/2020 - Meredith R. Miller: T/c MR re status; reviewed docket; conf call with counsel re mediation; reviewed PMG's answer. | 1.00 | $450.00 | **$450.00** |
| 05/18/2020 - Meredith R. Miller: T/c w/ MR re preparation for mediation. | 0.50 | $450.00 | **$225.00** |
| 05/19/2020 - Meredith R. Miller: Reviewed damages chart draft. | 0.50 | $450.00 | **$225.00** |
| 05/21/2020 - Meredith R. Miller: T/c w/ MR re ▓▓▓▓ email to all counsel re extension of initial discovery. | 0.60 | $450.00 | **$270.00** |
| 05/28/2020 - Meredith R. Miller: Reviewed damages chart and mediation order; t/c w/ MR and KG re ▓▓▓ | 1.00 | $450.00 | **$450.00** |
| 06/02/2020 - Meredith R. Miller: Reviewed documents for production | 0.50 | $450.00 | **$225.00** |
| 06/03/2020 - Meredith R. Miller: Call w/ mediator and all counsel; preparation for same; reviewed document production; t/c J Malley. | 1.50 | $450.00 | **$675.00** |
| 06/05/2020 - Meredith R. Miller: Drafted status letter; emails w/ counsel re same. | 0.60 | $450.00 | **$270.00** |
| 06/09/2020 - Meredith R. Miller: Reviewed and revised disclosures pursuant to mediation order; reviewed damages calculation; reviewed document production. | 1.00 | $450.00 | **$450.00** |
| 06/17/2020 - Meredith R. Miller: T/c w/ J. Malley re case status. | 0.20 | $450.00 | **$90.00** |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 07/05/2020 - Meredith R. Miller: Comms w/ MR re ▮▮▮▮▮▮▮ | 0.50 | $450.00 | $225.00 |
| 07/07/2020 - Meredith R. Miller: Reviewed PMG's document production. | 1.00 | $450.00 | $450.00 |
| 07/08/2020 - Meredith R. Miller: Conf call w/ all clients ▮▮▮▮▮ ▮▮▮ | 1.00 | $450.00 | $450.00 |
| 07/10/2020 - Meredith R. Miller: Reviewed and revised draft mediation statement . | 2.90 | $450.00 | $1,305.00 |
| 07/14/2020 - Meredith R. Miller: T/c w/ mediator in preparation for mediation. | 0.30 | $450.00 | $135.00 |
| 07/16/2020 - Meredith R. Miller: Attended mediation on zoom | 7.00 | $450.00 | $3,150.00 |
| 08/25/2020 - Meredith R. Miller: Reviewed and revised proposed discovery order; reviewed samples; t/c w/ PMG counsel re same t/cs w/ MR ▮▮▮ | 0.90 | $450.00 | $405.00 |
| 08/26/2020 - Meredith R. Miller: Attended court conference; preparation for same. | 0.60 | $450.00 | $270.00 |
| 09/29/2020 - Meredith R. Miller: T/c w/ MR re ▮▮▮▮▮▮▮ | 0.10 | $450.00 | $45.00 |
| 10/16/2020 - Meredith R. Miller: Emails w/ MR ▮▮▮▮▮ ▮▮▮ | 0.50 | $450.00 | $225.00 |
| 10/18/2020 - Meredith R. Miller: Researched law on EDNY: drafted brief on motion for conditional cert. | 6.30 | $450.00 | $2,835.00 |
| 10/21/2020 - Meredith R. Miller: Prepared notices and consent form for conditional cert motion. | 1.10 | $450.00 | $495.00 |
| 10/29/2020 - Meredith R. Miller: Reviewed Judge's rules re requests for extension. | 0.10 | $450.00 | $45.00 |
| 11/07/2020 - Meredith R. Miller: Drafted memo of law, declarations and exhibits on motion for conditional certification. | 5.50 | $450.00 | $2,475.00 |
| 11/09/2020 - Meredith R. Miller: Finalized motion for conditional cert and supporting documents. | 4.90 | $450.00 | $2,205.00 |
| 01/19/2021 - Meredith R. Miller: Reviewed and revised reply brief on conditional cert motion. | 3.20 | $450.00 | $1,440.00 |
| 01/20/2021 - Meredith R. Miller: Reviewed and finalized reply brief; drafted letter to court. T/can w/ MR re ▮▮ | 2.70 | $450.00 | $1,215.00 |
| 01/25/2021 - Meredith R. Miller: Drafted letter to PMG's counsel; communications w/ client. | 0.60 | $450.00 | $270.00 |
| 01/29/2021 - Meredith R. Miller: T/c w/ MR re ▮▮▮▮ | 0.30 | $450.00 | $135.00 |
| 03/23/2021 - Meredith R. Miller: Attention to Plaintiffs' interrogatory responses to PMG. | 1.50 | $450.00 | $675.00 |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 03/24/2021 - Meredith R. Miller: Conf call w/ MR re ▅▅▅▅▅▅ | 1.00 | $450.00 | $450.00 |
| 03/26/2021 - Meredith R. Miller: Reviewed and revised Plaintiffs' discovery responses to PMG. | 1.00 | $450.00 | $450.00 |
| 03/31/2021 - Meredith R. Miller: Drafted proposed letter to court requesting extension of discovery; email with all counsel re same; revised letter. | 0.70 | $450.00 | $315.00 |
| 04/01/2021 - Meredith R. Miller: Preparation for court conference; participation in court conference; reviewed court decision. | 1.60 | $450.00 | $720.00 |
| 04/08/2021 - Meredith R. Miller: Reviewed decision on cert motion and prepared timeline in preparation for meet and confer; participated in meet and confer. | 1.00 | $450.00 | $450.00 |
| 04/16/2021 - Meredith R. Miller: Reviewed PMG notice of pendency list; email to MR re ▅▅▅ | 0.20 | $450.00 | $90.00 |
| 04/21/2021 - Meredith R. Miller: Email to all counsel re proposed revised discovery schedule. | 0.10 | $450.00 | $45.00 |
| 04/22/2021 - Meredith R. Miller: Emails with counsel re proposed discovery schedule; drafted letter to the court re same; reviewed Judge Reyes' rules. | 0.60 | $450.00 | $270.00 |
| 06/16/2021 - Meredith R. Miller: Reviewed correspondence between 5 Tellers and PMG on motion to compel in preparation for court conference; attended court conference. | 1.30 | $450.00 | $585.00 |
| 06/24/2021 - Meredith R. Miller: T/c w/ MR and client ▅▅▅▅▅▅ | 0.50 | $450.00 | $225.00 |
| 06/28/2021 - Meredith R. Miller: Emails w/ KG re opt in period; t/c MR re same. | 0.20 | $450.00 | $90.00 |
| 06/29/2021 - Meredith R. Miller: Attention to notice of pendency process. | 0.20 | $450.00 | $90.00 |
| 07/02/2021 - Meredith R. Miller: Emails w/ defendants' counsel re proposed revised discovery schedule; reviewed proposed letter to the court; t/c w/ PMG's counsel re same. | 0.60 | $450.00 | $270.00 |
| 07/07/2021 - Meredith R. Miller: Attention to discovery schedule and amended deadlines. | 0.20 | $450.00 | $90.00 |
| 07/27/2021 - Meredith R. Miller: Reviewed PMG's supplemental production and letters to court re 5 Teller's motion for sanctions. | 1.00 | $450.00 | $450.00 |
| 07/28/2021 - Meredith R. Miller: Conf call w/ 5 Tellers' counsel. | 0.50 | $450.00 | $225.00 |
| 08/03/2021 - Meredith R. Miller: Reviewed 5 Tellers' amended cross claim. | 0.20 | $450.00 | $90.00 |
| 08/15/2021 - Meredith R. Miller: Reviewed 5 Tellers' and PMG court submissions re adding parties; reviewed rogs from PMG. | 1.00 | $450.00 | $450.00 |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 08/18/2021 - Meredith R. Miller: Reviewed 5 Tellers' reply re crossclaim issue; emailed PMG's counsel. | 0.20 | $450.00 | $90.00 |
| 08/24/2021 - Meredith R. Miller: Reviewed PMG's pre-motion letter; t/c w/ MR ▇▇ | 0.50 | $450.00 | $225.00 |
| 08/30/2021 - Meredith R. Miller: Researched, reviewed and revised letter in response to PMG's pre-motion letter; t/c w/ MR ▇▇ | 1.20 | $450.00 | $540.00 |
| 10/01/2021 - Meredith R. Miller: Comms w/ MR r▇▇ | 0.40 | $450.00 | $180.00 |
| 10/02/2021 - Meredith R. Miller: T/c w/ MR re ▇▇ | 0.30 | $450.00 | $135.00 |
| 10/04/2021 - Meredith R. Miller: T/c w/ MR re ▇▇ | 0.20 | $450.00 | $90.00 |
| 10/06/2021 - Meredith R. Miller: T/c w/ MR re ▇▇ reviewed and revised Hernandez declaration; initial research re FRCP 27. | 1.00 | $450.00 | $450.00 |
| 10/11/2021 - Meredith R. Miller: Reviewed PMG's motion papers; emailed preliminary analysis to MR. | 1.10 | $450.00 | $495.00 |
| 10/20/2021 - Meredith R. Miller: Reviewed PMG's motion and supporting documents; outlined response; comms w/ MR re same. | 2.50 | $450.00 | $1,125.00 |
| 10/21/2021 - Meredith R. Miller: Reviewed and revised response to PMG's motion. | 0.90 | $450.00 | $405.00 |
| 11/01/2021 - Meredith R. Miller: Reviewed extension letter; email to JM re same; strategy call w/ MR. | 0.60 | $450.00 | $270.00 |
| 11/08/2021 - Meredith R. Miller: Reviewed and revised response to PMG's motion; researched and drafted pre-motion letter re plaintiffs' motion to amend. | 3.10 | $450.00 | $1,395.00 |
| 11/11/2021 - Meredith R. Miller: Reviewed and revised response to PMG's motion; reviewed 5 Tellers' memo of law; multiple comms w/ MR re ▇▇ ▇▇ | 2.50 | $450.00 | $1,125.00 |
| 12/16/2021 - Meredith R. Miller: Attended telephonic status conference' t/c w/ MR ▇▇ | 1.00 | $450.00 | $450.00 |
| 12/17/2021 - Meredith R. Miller: Reviewed and revised Blanco declaration; reviewed Judge Reyes' rules; email to MR ▇▇ | 0.50 | $450.00 | $225.00 |
| 12/28/2021 - Meredith R. Miller: Email to counsel re scheduling meet and confer. | 0.10 | $450.00 | $45.00 |
| 12/30/2021 - Meredith R. Miller: Prep for meet and confer; attended meet and confer; notes to plaintiffs' team re same. | 1.20 | $450.00 | $540.00 |
| 01/03/2022 - Meredith R. Miller: Reviewed and revised plaintiffs' pre-motion letter concerning motion to amend. | 1.00 | $450.00 | $450.00 |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 01/11/2022 - Meredith R. Miller: Reviewed PMG's response to pre-motion letter re amending complaint; email to MR re ▇▇▇. | 0.70 | $450.00 | $315.00 |
| 01/12/2022 - Meredith R. Miller: T/c w/ MR re ▇▇▇; conf call w/ J. Malley re discovery. | 0.80 | $450.00 | $360.00 |
| 01/13/2022 - Meredith R. Miller: Reviewed and revised F. Liz interrogatory responses. | 1.00 | $450.00 | $450.00 |
| 01/21/2022 - Meredith R. Miller: Reviewed document production for F. Liz, with attention to work orders. | 0.60 | $450.00 | $270.00 |
| 01/27/2022 - Meredith R. Miller: Emails re scheduling meet and confer re deposition schedule. | 0.10 | $450.00 | $45.00 |
| 01/28/2022 - Meredith R. Miller: Conf call with all counsel re scheduling depos; strategy call w/ MR. | 1.50 | $450.00 | $675.00 |
| 01/30/2022 - Meredith R. Miller: Reviewed and revised Blanco's interrogatory responses. | 1.20 | $450.00 | $540.00 |
| 01/31/2022 - Meredith R. Miller: Email to MR and KG re ▇▇▇. | 0.10 | $450.00 | $45.00 |
| 01/31/2022 - Meredith R. Miller: Conf call w/ MR and KG re ▇▇▇. | 0.50 | $450.00 | $225.00 |
| 02/03/2022 - Meredith R. Miller: Reviewed filed in preparation for Blanco deposition; t/c w/ MR re ▇▇▇. | 1.10 | $450.00 | $495.00 |
| 02/04/2022 - Meredith R. Miller: Reviewed docs PMG produced at midnight on eve of deposition; attended most of Blanco deposition; deposition debrief w/ MR. | 7.00 | $450.00 | $3,150.00 |
| 02/06/2022 - Meredith R. Miller: Reviewed Blanco deposition transcript from Friday; research ▇▇▇; t/c w/ MR re ▇▇▇. | 1.50 | $450.00 | $675.00 |
| 02/07/2022 - Meredith R. Miller: Conf call w/ Court re deposition; attended portion of Blanco's deposition; follow up email to all counsel about schedule; extensive strategy calls with MR. | 4.50 | $450.00 | $2,025.00 |
| 02/11/2022 - Meredith R. Miller: Emails w/ all counsel re depo scheduling; t/cs w/ MR re ▇▇▇. | 0.30 | $450.00 | $135.00 |
| 02/17/2022 - Meredith R. Miller: T/c w/ MR re mediation; reviewed Judge's individual rules; drafted letter to court re stay during mediation. | 1.00 | $450.00 | $450.00 |
| 02/22/2022 - Meredith R. Miller: Researched mediators; email to all counsel re same. | 0.20 | $450.00 | $90.00 |
| 02/28/2022 - Meredith R. Miller: Call with all counsel re selecting mediator. | 1.00 | $450.00 | $450.00 |
| 03/02/2022 - Meredith R. Miller: T/c w/ MR re ▇▇▇. | 0.40 | $450.00 | $180.00 |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 03/14/2022 - Meredith R. Miller: Researched and emailed potential mediators re availability. | 0.20 | $450.00 | $90.00 |
| 03/17/2022 - Meredith R. Miller: T/c w/ J. Aiello re potential mediators. | 0.30 | $450.00 | $135.00 |
| 04/04/2022 - Meredith R. Miller: Draft joint letter to the court re adjusting deadlines; reviewed docket; transmittal of same to all counsel; finalized for filing. | 0.80 | $450.00 | $360.00 |
| 04/11/2022 - Meredith R. Miller: T/c w/ J. Aiello re status of mediation; t/c w/ MR re ▮▮▮▮ | 0.30 | $450.00 | $135.00 |
| 04/12/2022 - Meredith R. Miller: Correspondence w/ KG and MR re ▮▮▮▮ ; email to all parties re answers to questions for mediator. | 0.80 | $450.00 | $360.00 |
| 05/13/2022 - Meredith R. Miller: Comms w/ MR and JAMS re status of mediation. | 0.50 | $450.00 | $225.00 |
| 05/18/2022 - Meredith R. Miller: T/c w/ MR re strategy and mediation preparation; reviewed revised damages chart. | 0.50 | $450.00 | $225.00 |
| 05/18/2022 - Meredith R. Miller: Pre-mediation call with Judge Gold and all counsel. | 1.00 | $450.00 | $450.00 |
| 05/19/2022 - Meredith R. Miller: T/c w/ MR and KG re ▮▮▮▮ | 2.00 | $450.00 | $900.00 |
| 05/23/2022 - Meredith R. Miller: T/c w/ MR and KG re ▮▮▮▮ | 0.40 | $450.00 | $180.00 |
| 05/24/2022 - Meredith R. Miller: Reviewed and revised mediation statement; t/cs w/ MR and KG re ▮▮▮▮ | 3.90 | $450.00 | $1,755.00 |
| 05/26/2022 - Meredith R. Miller: T/c w/ MR re ▮▮▮▮ | 0.50 | $450.00 | $225.00 |
| 05/27/2022 - Meredith R. Miller: Preparation for mediation w/ Judge Gold. | 2.50 | $450.00 | $1,125.00 |
| 05/30/2022 - Meredith R. Miller: Prep for call w/ mediator; call w/ mediator; t/c w/MR re ▮▮▮▮ | 1.00 | $450.00 | $450.00 |
| 05/31/2022 - Meredith R. Miller: Reviewed and revised FLSA only damages calculation; reviewed file in preparation for mediation; reviewed case law on ▮▮▮▮ | 2.00 | $450.00 | $900.00 |
| 05/31/2022 - Meredith R. Miller: Attended mediation at JAMS. | 9.00 | $450.00 | $4,050.00 |
| 05/31/2022 - Meredith R. Miller: T/c w/ PMG counsel re mediation outcome. | 0.50 | $450.00 | $225.00 |
| 06/01/2022 - Meredith R. Miller: Recalculated settlement allocation; drafted detailed email to defendants re settlement allocation and methodology; t/c w/ MR ▮▮▮▮ | 2.00 | $450.00 | $900.00 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| 06/06/2022 - Meredith R. Miller: Further revisions to term sheet; t/c w/ MR re same; transmittal of same to all counsel. | 0.50 | $450.00 | **$225.00** |
| 06/06/2022 - Meredith R. Miller: T/c w/ PMG's counsel re term sheet. | 0.20 | $450.00 | **$90.00** |
| 06/07/2022 - Meredith R. Miller: Emails re term sheet. | 0.10 | $450.00 | **$45.00** |
| 06/09/2022 - Meredith R. Miller: Email to PMG's counsel re term sheet. | 0.10 | $450.00 | **$45.00** |
| 06/16/2022 - Meredith R. Miller: Emails w/ PMG's counsel re revisions to term sheet. | 0.20 | $450.00 | **$90.00** |
| 06/16/2022 - Meredith R. Miller: Prepared and circulated joint letter to the court. | 0.50 | $450.00 | **$225.00** |
| 06/29/2022 - Meredith R. Miller: Emails re status of term sheet. | 0.10 | $450.00 | **$45.00** |
| 07/12/2022 - Meredith R. Miller: Reviewed and began revising draft settlement agreement; t/c w/ MR same; email to plaintiffs' team re same. | 1.60 | $450.00 | **$720.00** |
| 07/14/2022 - Meredith R. Miller: Reviewed and revised settlement agreement; transmittal of same to all parties. | 1.20 | $450.00 | **$540.00** |
| 07/15/2022 - Meredith R. Miller: Emails w/ defendants' counsel re settlement agreement. | 0.10 | $450.00 | **$45.00** |
| 07/18/2022 - Meredith R. Miller: Prepared and circulated consent to magistrate form. | 0.20 | $450.00 | **$90.00** |
| 07/20/2022 - Meredith R. Miller: Prepared and circulated draft joint letter seeking extension of time to submit cheeks application. | 0.50 | $450.00 | **$225.00** |
| 07/20/2022 - Meredith R. Miller: Drafted and sent Defendants detailed email re re-calculation of apportionment of settlement among plaintiffs. | 0.50 | $450.00 | **$225.00** |
| 07/20/2022 - Meredith R. Miller: T/c PMG counsel re tax apportionment; t/c MR re same. | 0.50 | $450.00 | **$225.00** |
| 07/22/2022 - Meredith R. Miller: Finalized and filed consent to magistrate and joint letter requesting extension. | 0.20 | $450.00 | **$90.00** |
| 08/01/2022 - Meredith R. Miller: Email to plaintiffs' team about finalizing allocation of settlement proceeds; t/c w/ MR re same; recalculated damages allocation among plaintiffs. | 0.50 | $450.00 | **$225.00** |
| 08/02/2022 - Meredith R. Miller: Finalized damages allocation numbers; transmittal of same to all parties. T/c w/ PMG's counsel re settlement. | 0.50 | $450.00 | **$225.00** |
| 08/31/2022 - Meredith R. Miller: T/c w/ MR re [redacted]; t/c w/ PMG's counsel re status. | 0.30 | $450.00 | **$135.00** |

| Date & Description | Hours | Rate | Amount |
|---|---|---|---|
| 08/31/2022 - Meredith R. Miller: Preparation for client meeting; email to plaintiffs' team re same. | 0.50 | $450.00 | $225.00 |
| 09/05/2022 - Meredith R. Miller: Reviewed and edited settlement agreement; email to MR and KG re same. | 1.10 | $450.00 | $495.00 |
| 09/06/2022 - Meredith R. Miller: T/c w/ MR re ▇▇▇▇▇▇▇▇▇▇▇▇ | 1.00 | $450.00 | $450.00 |
| 09/15/2022 - Meredith R. Miller: Email to all counsel re settlement. | 0.10 | $450.00 | $45.00 |
| 09/21/2022 - Meredith R. Miller: Reviewed PMG's edits to settlement agreement; T/c w/ MR ▇▇▇▇▇▇; conf call with all counsel re finalizing settlement agreement. | 2.00 | $450.00 | $900.00 |
| 10/06/2022 - Meredith R. Miller: Reviewed latest round of edits to settlement agreement; email to MR re same; emails with defendants' attorneys re final edits to settlement agreement. | 1.00 | $450.00 | $450.00 |
| 10/10/2022 - Meredith R. Miller: Emails to all counsel re status of settlement agreement. | 0.20 | $450.00 | $90.00 |
| 10/11/2022 - Meredith R. Miller: Call w/ MR and KG ▇▇▇▇▇▇▇▇ | 0.30 | $450.00 | $135.00 |
| 10/12/2022 - Meredith R. Miller: Emails w/ counsel re finalizing settlement agreement. | 0.10 | $450.00 | $45.00 |
| 10/16/2022 - Meredith R. Miller: Reviewed file to begin drafting Cheeks letter. | 1.30 | $450.00 | $585.00 |
| 10/17/2022 - Meredith R. Miller: Research and drafted detailed Cheeks letter for approval of settlement agreement. | 5.10 | $450.00 | $2,295.00 |
| 10/21/2022 - Meredith R. Miller: Email to all counsel about status of cheeks letter draft. | 0.10 | $450.00 | $45.00 |
| 10/27/2022 - Meredith R. Miller: Email to all counsel about finalizing settlement agreement. | 0.10 | $450.00 | $45.00 |
| 11/06/2022 - Meredith R. Miller: Reviewed and revised Cheeks letter; reviewed and revised PMG;s letter requesting adjournment; email to all counsel re same. | 0.60 | $450.00 | $270.00 |
| 11/29/2022 - Meredith R. Miller: T/c w/ MR re ▇▇▇▇▇▇▇▇ | 0.20 | $450.00 | $90.00 |
| 12/01/2022 - Meredith R. Miller: T/c w/ PMG's counsel re status. | 0.20 | $450.00 | $90.00 |
| 12/05/2022 - Meredith R. Miller: T/c w/ PMG's counsel re status. | 0.20 | $450.00 | $90.00 |
| 12/06/2022 - Meredith R. Miller: Reviewed and compared settlement agreement circulated by PMG's counsel; t/c re same w/ MR; t/c re proposed change w/ PMG's counsel; circulate of proposed change to all counsel. | 0.80 | $450.00 | $360.00 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| 12/08/2022 - Meredith R. Miller: Emails with all counsel to finalize settlement agreement; finalization of settlement agreement for translation. | 0.50 | $450.00 | $225.00 |
| 12/09/2022 - Meredith R. Miller: Reviewed PMG's proposed revisions to the Cheeks letter. | 0.50 | $450.00 | $225.00 |
| 12/13/2022 - Meredith R. Miller: Reviewed 5 Tellers' edits to Cheeks letter; revised and circulated same. | 0.60 | $450.00 | $270.00 |
| 12/14/2022 - Meredith R. Miller: Reviewed PMG edits to Cheeks draft letter; email to all counsel re same; t/cs and comms re logistics of getting clients in to sign settlement agreement. | 0.30 | $450.00 | $135.00 |
| 12/15/2022 - Meredith R. Miller: Reviewed and revised Cheeks letter; emails to all counsel concerning the same. | 0.20 | $450.00 | $90.00 |
| 12/16/2022 - Meredith R. Miller: T/c w/ KG re status; multiple comms with clients and defendants' counsel re finalizing Cheeks submission and obtaining signatures on settlement agreement. | 1.20 | $450.00 | $540.00 |
| 12/19/2022 - Meredith R. Miller: Comms w/ KG re status. | 0.10 | $450.00 | $45.00 |
| 12/21/2022 - Meredith R. Miller: Comms. w/ KG re status. | 0.10 | $450.00 | $45.00 |
| 12/23/2022 - Meredith R. Miller: Finalized Cheeks letter and all supporting documents for submission to court; emails to all counsel re same. | 1.90 | $450.00 | $855.00 |
| 07/01/2021 - Copying costs related to notice of pendency. | 1.00 | $26.05 | $26.05 |
| 05/25/2022 - JAMS deposit for mediation. | 1.00 | $1,345.00 | $1,345.00 |
| 08/01/2022 - Translation of settlement agreement. | 1.00 | $536.70 | $536.70 |

**Amount Due** **$74,402.75**